**Ben Miller, OSB #074690**
BMiller@eugene-or.gov
Eugene City Attorney's Office
101 W. 10th Avenue, Suite 203
Eugene, OR 97401
Telephone: (541) 682-8447
Facsimile: (541) 682-5414

Of Attorneys for Defendants
Samuel Tykol and City of Eugene

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **OFELIA HERNANDEZ SANTIAGO,** Personal Representative of the Estate of Eliborio Rodrigues Jr., <br><br>  Plaintiff, <br><br> v. <br><br> **SAMUEL TYKOL, JOHN DOE SUPERVISORS 1-3, CITY OF EUGENE,** a municipal subdivision of the State of Oregon, <br><br> Defendants. | Case No: 6:21-cv-01715-MK <br><br> **DECLARATION OF BEN MILLER IN SUPPORT OF DEFENDANTS SAMUEL TYKOL AND CITY OF EUGENE'S MOTION FOR SUMMARY JUDGMENT** |

The undersigned, Ben Miller, states as follows:

1. I am one of the attorneys for defendants Samuel Tykol and City of Eugene and make this declaration in support of Defendants Samuel Tykol and City of Eugene's Motion for Summary Judgment.

2. Attached to my declaration as Exhibit 1 is a true and correct copy of excerpts from the deposition of Samuel Tykol taken on January 30, 2023, with relevant portions underlined.

PAGE 1 – DECLARATION OF BEN MILLER IN SUPPORT OF DEFENDANTS SAMUEL TYKOL AND CITY OF EUGENE'S MOTION FOR SUMMARY JUDGMENT

3. Attached to my declaration as Exhibit 2 is a true and correct copy of excerpts from the deposition of Ofelia Santiago taken on May 24, 2023, with relevant portions underlined.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 1st day of September, 2023.

                                                      s/ Ben Miller
                                                      Ben Miller, OSB #074690

## CERTIFICATE OF SERVICE

    I certify that on this 1st day of September, 2023, I served or caused to be served a true and complete copy of the foregoing **DECLARATION OF BEN MILLER IN SUPPORT OF DEFENDANTS SAMUEL TYKOL AND CITY OF EUGENE'S MOTION FOR SUMMARY JUDGMENT** on the party or parties listed below as follows:

    __X__    Via CM / ECF Filing

    __X__    Via First Class Mail, Postage Prepaid

    _____    Via Email

| | |
|---|---|
| Michelle R. Burrows | Anthony Rosta |
| 16869 SW 65th Ave #367 | 795 W 7th Ave |
| Lake Oswego, OR 97035 | Eugene, OR 97402 |
| | |
| Attorney for Plaintiff | Attorney for Plaintiff |

**CITY OF EUGENE**

By:   *s/ Ben Miller*
      Ben Miller, OSB #074690
      BMiller@eugene-or.gov
      Telephone: (541) 682-8447
      Facsimile:  (541) 682-5414

      Of Attorneys for Defendants
      Samuel Tykol and City of Eugene