Ben Miller, OSB #074690
BMiller@eugene-or.gov
Eugene City Attorney's Office
101 W. 10th Avenue, Suite 203
Eugene, OR 97401
Telephone: (541) 682-8447
Facsimile: (541) 682-5414

Of Attorneys for Defendants
Samuel Tykol and City of Eugene

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **OFELIA HERNANDEZ SANTIAGO,** Personal Representative of the Estate of Eliborio Rodrigues Jr., | Case No: 6:21-cv-01715-MK |
| Plaintiff, | **DECLARATION OF KOREN EVANS IN SUPPORT OF DEFENDANTS SAMUEL TYKOL AND CITY OF EUGENE'S MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| **SAMUEL TYKOL, JOHN DOE SUPERVISORS 1-3, CITY OF EUGENE,** a municipal subdivision of the State of Oregon, | |
| Defendants. | |

The undersigned, Koren Evans, states as follows:

1.      I am a duly authorized records custodian for the Eugene Police Department and have authority to certify records of the Eugene Police Department and make this declaration in support of Defendants Samuel Tykol and City of Eugene's Motion for Summary Judgment.

2.      Attached to my declaration as Exhibit 1 is a true and correct copy of surveillance footage retrieved from Acacia Avenue, as part of the IDFIT investigation into the Officer Involved Shooting on November 30, 2019.

3.      Attached to my declaration as Exhibit 2 is a true and correct copy of a recording of in-car video, downloaded from Officer Justin Russell's assigned patrol vehicle, and taken on November 30, 2019.

PAGE 1 – DECLARATION OF KOREN EVANS IN SUPPORT OF DEFENDANTS SAMUEL TYKOL AND CITY OF EUGENE'S MOTION FOR SUMMARY JUDGMENT

4.      Attached to my declaration as Exhibit 3 is a true and correct copy of a recording of body worn camera video, downloaded from Officer Christopher Jentzsch's assigned camera, and taken on November 30, 2019.

5.      These records were prepared or obtained by personnel of the Eugene Police Department at or near the time of the event referred to therein by individuals with knowledge of the information contained or reported to them. It is the regular practice of the Eugene Police Department to make or obtain these types of records and each of the records has been kept in the regular course of police activity.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 30th day of August, 2023.

_Koren Evans_
Koren Evans

# CERTIFICATE OF SERVICE

I certify that on this 1st day of September, 2023, I served or caused to be served a true and complete copy of the foregoing **DECLARATION OF KOREN EVANS IN SUPPORT OF DEFENDANTS SAMUEL TYKOL AND CITY OF EUGENE'S MOTION FOR SUMMARY JUDGMENT** on the party or parties listed below as follows:

**X**     Via CM / ECF Filing

**X**     Via First Class Mail, Postage Prepaid

_____     Via Email

| | |
|---|---|
| Michelle R. Burrows | Anthony Rosta |
| 16869 SW 65th Ave #367 | 795 W 7th Ave |
| Lake Oswego, OR 97035 | Eugene, OR 97402 |
| | |
| Attorney for Plaintiff | Attorney for Plaintiff |

**CITY OF EUGENE**

By: \_\_\_\_s/ Ben Miller_____
           Ben Miller, OSB #074690
           BMiller@eugene-or.gov
           Telephone: (541) 682-8447
           Facsimile: (541) 682-5414

           Of Attorneys for Defendants
           Samuel Tykol and City of Eugene