**Ben Miller, OSB #074690**
**BMiller@eugene-or.gov**
Eugene City Attorney's Office
101 W. 10th Avenue, Suite 203
Eugene, OR 97401
Telephone: (541) 682-8447
Facsimile: (541) 682-5414

Of Attorneys for Defendants
Samuel Tykol and City of Eugene

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **OFELIA HERNANDEZ SANTIAGO,** Personal Representative of the Estate of Eliborio Rodrigues Jr., <br><br> Plaintiff, <br><br> v. <br><br> **SAMUEL TYKOL, JOHN DOE SUPERVISORS 1-3, CITY OF EUGENE,** a municipal subdivision of the State of Oregon, <br><br> Defendants. | Case No: 6:21-cv-01715-MK <br><br> **EXHIBIT 1 (ONE) TO DECLARATION OF KOREN EVANS IN SUPPORT OF DEFENDANTS SAMUEL TYKOL AND CITY OF EUGENE'S MOTION FOR SUMMARY JUDGMENT** <br><br> **CONVENTIONALLY FILED** |

Exhibit 1 (One) to the Declaration of Koren Evans in Support of Defendants Samuel Tykol and City of Eugene's Motion for Summary Judgment conventionally filed along with a judge copy.

DATED this 1st day of September, 2023.

**CITY OF EUGENE**

By: s/ Ben Miller
Ben Miller, OSB #074690
BMiller@eugene-or.gov
Telephone: (541) 682-8447
Facsimile: (541) 682-5414

Of Attorneys for Defendants
Samuel Tykol and City of Eugene

Page 1 – EXHIBIT 1 (ONE) TO DECLARATION OF KOREN EVANS IN SUPPORT OF DEFENDANTS SAMUEL TYKOL AND CITY OF EUGENE'S MOTION FOR SUMMARY JUDGMENT

**CERTIFICATE OF SERVICE**

I certify that on the 1st day of September, 2023, I served or caused to be served a true and complete copy of the foregoing **EXHIBIT 1 (ONE) TO DECLARATION OF KOREN EVANS IN SUPPORT OF DEFENDANTS SAMUEL TYKOL AND CITY OF EUGENE'S MOTION FOR SUMMARY JUDGMENT** on the party or parties listed below as follows:

| | |
|---|---|
| **X** | Via CM / ECF Filing |
| **X** | Via First Class Mail, Postage Prepaid |
| | Via Email |
| | Via Personal Delivery |

| | |
|---|---|
| Michelle R. Burrows | Anthony Rosta |
| 16869 SW 65th Ave #367 | 795 W 7th Ave |
| Lake Oswego, OR 97035 | Eugene, OR 97402 |
| | |
| Attorney for Plaintiff | Attorney for Plaintiff |

**CITY OF EUGENE**

By:    s/  Ben Miller
      Ben Miller, OSB #074690
      Ben.j.miller@ci.eugene.or.us
      Telephone: (541) 682-8447
      Facsimile: (541) 682-5414

      Of Attorneys for Defendants
      Samuel Tykol and City of Eugene