

# Oregon Criminal Justice Information Records Inquiry System (CJ IRIS)

| | | | |
|---|---|---|---|
| **Tykol, Samuel J.** | **ID: 56058** | Rank: | Police Officer |
| Eugene Police Department | | Level: | |
| Status: Active | | Class: | |
| | | Assign: | |

## Transcript

### Employment

| Date | Agency | Action | Rank | Classification | Assignment |
|---|---|---|---|---|---|
| 2/22/2016 | Eugene Police Department | Hired | Police Off | | |

### Certification

| Status Date | Certificate | Level | Status | Certificate Date | Expiration Date | Probation Date |
|---|---|---|---|---|---|---|
| 2/25/2022 | Police Officer | Advanced | Granted | 2/25/2022 | | |
| 3/19/2019 | Police Officer | Intermediate | Granted | 3/19/2019 | | |
| 3/21/2017 | Police Officer | Basic | Granted | 3/21/2017 | | |



No. 1
Date 1-30-23
TYKOL
CC Reporting

## Training

| Date | Course | Title | Status | Score | Hours |
|------|--------|-------|--------|-------|-------|
| 1/18/2023 | EGP34594 | Crisis Tactics/Breaching/ Night Firerms Skills | Passed | 0.0 | 9.00 |
| 1/12/2023 | EGP17194 | Internal Affairs | Passed | 0.0 | 2.00 |
| 1/12/2023 | EGP13709 | Homeless Strategy Update | Passed | 0.0 | 1.50 |
| 1/12/2023 | EGP25860 | PSRT/Health & Wellness | Passed | 0.0 | 2.00 |
| 1/12/2023 | EGP03502 | Respectful Work Environment | Passed | 0.0 | 1.50 |
| 1/12/2023 | EGP07612 | Telephonic Search Warrants/Cell Phone Case Law | Passed | 0.0 | 1.50 |
| 1/12/2023 | EGP21672 | Chief Briefing | Passed | 0.0 | 0.50 |
| | | | **2023 Hours** | | **18.00** |
| 12/15/2022 | EGP19742 | PVS-14 Overview/Scenarios - Firerms Skills | Passed | 0.0 | 10.00 |
| 12/6/2022 | EGP13868 | DT Skills & Ground Defense Training | Passed | 0.0 | 1.50 |
| 11/23/2022 | EGP26840 | HRT Crisis Search Skills-Explosive Breaching | Passed | 0.0 | 8.00 |
| 11/11/2022 | EGP01973 | 2022 Sergeant Academy Training | Passed | 0.0 | 80.00 |
| 10/26/2022 | EGP32419 | Firearms Skills - Scraching w/ Manual Breaching | Passed | 0.0 | 9.00 |
| 10/24/2022 | EGP22702 | ETHOS: Leadership | Passed | 0.0 | 3.00 |
| 10/19/2022 | EGP13229 | Vehicle Use of Force - Decision Making | Passed | 0.0 | 3.50 |
| 10/19/2022 | EGP21433 | Firearms Qualification | Passed | 0.0 | 3.50 |
| 10/11/2022 | EGP41903 | 40 MM Less Lethal | Instructed | 0.0 | 4.00 |
| 9/29/2022 | EGP42439 | AVI Searching - Shield Searching-Firearms Skills | Passed | 0.0 | 16.00 |
| 8/31/2022 | EGP34935 | Ladder Tactics/Firearms Skills/Linear Tactics | Passed | 0.0 | 4.00 |
| 8/31/2022 | EGP20106 | Precision Handgun/Carbine Firearms Course | Passed | 0.0 | 3.00 |
| 8/24/2022 | EGP03306 | Search Concepts/Manuel/Explosive Breaching | Passed | 0.0 | 8.50 |
| 8/19/2022 | EGP35471 | FLETC - Use of Force Instructor Training | Passed | 0.0 | 80.00 |
| 8/2/2022 | EGP28013 | 40mm Less Lethal Certification | Instructed | 0.0 | 4.00 |
| 6/30/2022 | EGP00110 | Briefing: OSHA Wildlife Smoke Exposure | Passed | 0.0 | 0.50 |
| 6/13/2022 | EGP22139 | 40mm Less Lethal Certification | Passed | 0.0 | 4.00 |

TYKOL Exhbit 2
Page 2 of 13

| | | | | | |
|---|---|---|---|---|---|
| 5/18/2022 | EGP26553 | Chief Briefing - Leadership | Passed | 0.0 | 0.75 |
| 5/18/2022 | EGP12087 | Autism Spectrum Disorder/CIT | Passed | 0.0 | 1.00 |
| 5/18/2022 | EGP01708 | Domestic Violence Update | Passed | 0.0 | 2.00 |
| 5/18/2022 | EGP27926 | Active Shooter Training | Passed | 0.0 | 4.00 |
| 4/28/2022 | EGP26329 | Ladder Tactics/Firearms Skills/Linear Tactics | Passed | 0.0 | 18.00 |
| 4/20/2022 | EGP18592 | Rifle & Pistol Qualifications | Passed | 0.0 | 4.00 |
| 4/20/2022 | EGP27222 | Taser Training & Recertification | Passed | 0.0 | 4.00 |
| 3/31/2022 | EGP12030 | Crisis Entry Skills/Explosive Breaches/HR Scenario | Passed | 0.0 | 18.00 |
| 3/16/2022 | EGP14272 | Emergency Vehicle Operations Course "EVOC" | Passed | 0.0 | 3.00 |
| 3/3/2022 | MISCMAIN | 2022 LE Annual Maintenance | Completed | 0.0 | 0.00 |
| 2/19/2022 | EGP25418 | LEDS Re-Certification | Passed | 0.0 | 1.00 |
| 2/9/2022 | EGP20089 | Wildlife Training & Community Court Expansion | Passed | 0.0 | 1.00 |
| 2/9/2022 | EGP25257 | Ethos "Ethics" | Passed | 0.0 | 3.00 |
| 1/29/2022 | EGP30876 | Briefing: Prison Rape Elimination Act "PREA" | Passed | 0.0 | 0.50 |
| 1/26/2022 | EGP11952 | Building Search Concepts - Firearms Low-Light | Passed | 0.0 | 14.00 |
| 1/25/2022 | EGP41884 | 40MM/Chemical Munitions/FSDD/Pepperball Class | Instructed | 0.0 | 4.00 |
| 1/19/2022 | XDELETE | Pending for Deletion Due to Duplicate or Other Rea | Passed | 0.0 | 0.45 |
| 1/19/2022 | EGP38986 | First Aid/CPR - TCCC | Passed | 0.0 | 4.00 |
| 1/19/2022 | XDELETE1 | Pending for Deletion Due to Duplicate or Other Rea | Passed | 0.0 | 4.00 |
| 1/19/2022 | EGP12383 | Chief Briefing - Leadership - January 2022 | Passed | 0.0 | 0.75 |
| 1/19/2022 | EGP36629 | DUII Refresher Course - SFST | Passed | 0.0 | 4.00 |
| | | | | **2022 Hours** | **321.95** |
| 12/16/2021 | EGP26805 | Crisis Entry Techniques/ Firearms Skills/Scenarios | Passed | 0.0 | 12.00 |
| 12/16/2021 | EGP18438 | Firearms Training | Instructed | 0.0 | 4.00 |
| 12/10/2021 | EGP02439 | 4-Day Less Lethal ICP Instructor Program | Passed | 0.0 | 32.00 |
| 11/23/2021 | EGP04749 | Field Training and Evaluation Training | Passed | 0.0 | 20.00 |
| 11/17/2021 | EGP20939 | 40mm Less Lethal recertification | Passed | 0.0 | 1.00 |
| 11/17/2021 | EGP35574 | Defensive Tactics Skills Training | Passed | 0.0 | |

TYKOL Exhbit 2
Page 3 of 13

| Date | Code | Course | Status | | Hours |
|---|---|---|---|---|---|
| 11/17/2021 | EGP16999 | Behavioral Threat Assessment | Passed | 0.0 | 0.75 |
| 11/17/2021 | EGP30968 | Firearms Drills & Scenarios | Passed | 0.0 | 4.00 |
| 10/20/2021 | EGP06407 | Firearms Qualification | Passed | 0.0 | 3.00 |
| 10/20/2021 | EGP00899 | EVOC Drills-PIT, Pinning, Placement, Tire Deflate | Passed | 0.0 | 3.00 |
| 9/15/2021 | EGP27734 | Legal Updates | Passed | 0.0 | 2.00 |
| 9/15/2021 | EGP00963 | Taser 7 Certification | Passed | 0.0 | 6.50 |
| 7/28/2021 | EGP32645 | SWAT Search Concepts/ Firearms Skills | Passed | 0.0 | 18.00 |
| 6/16/2021 | EGP37109 | Forensic Evidence - DNA Testing | Passed | 0.0 | 0.50 |
| 6/16/2021 | EGP05470 | Defensive Tactics Scenarios | Passed | 0.0 | 3.00 |
| 6/16/2021 | EGP41095 | Range Firearms Scenarios | Passed | 0.0 | 3.00 |
| 5/26/2021 | EGP30334 | SWAT Vehicle Tactics/Firearms/Seaching & Breaching | Passed | 0.0 | 18.00 |
| 5/19/2021 | EGP44291 | Active Shooter | Passed | 0.0 | 3.50 |
| 5/19/2021 | EGP41128 | Bias Crimes/Len Bias (OD) Investigation | Passed | 0.0 | 2.00 |
| 5/19/2021 | EGP40153 | CPR/First Aid Certification | Passed | 0.0 | 2.00 |
| 5/19/2021 | EGP10457 | Project Life Saver/Building Access Layout Program | Passed | 0.0 | 1.00 |
| 4/29/2021 | EGP31410 | SWAT Search Concepts/ Firearms Skills/Breaching | Passed | 0.0 | 18.00 |
| 4/21/2021 | EGP15973 | Firearms Qualification | Passed | 0.0 | 2.00 |
| 3/25/2021 | EGP31510 | SWAT Firerarms / K9 Intergration/ Searching | Passed | 0.0 | 18.00 |
| 3/17/2021 | EGP15959 | DA-Legal Updates/Domestic Violence | Passed | 0.0 | 4.00 |
| 3/17/2021 | EGP33227 | DT Taser Scenarios/De-Escalation | Passed | 0.0 | 2.00 |
| 3/17/2021 | EGP41119 | Firearm Drills | Passed | 0.0 | 2.00 |
| 2/28/2021 | EGP13761 | K9 Jack Measure 110 Briefing Training | Passed | 0.0 | 0.50 |
| 2/24/2021 | MISCMAIN | 2021 LE Annual Maintenance | Completed | 0.0 | 0.00 |
| 2/17/2021 | EGP03807 | DA Legal Updates - Measure 110 | Passed | 0.0 | 1.00 |
| 2/17/2021 | EGP15717 | Ethics | Passed | 0.0 | 1.00 |
| 1/28/2021 | EGP35988 | SWAT AVI Firearms / AVI Search Tecniques | Passed | 0.0 | 9.00 |
| 1/27/2021 | EGP42588 | SWAT Injured Ofc Firearms/NVG Night Scenario | Passed | 0.0 | 9.00 |
| 1/27/2021 | EGP01683 | CS Gas/Less Lethal/PepperBall Certification/NFDD | Passed | 0.0 | 4.00 |

TYKOL Exhbit 2
Page 4 of 13

| | | | | | |
|---|---|---|---|---|---|
| 1/20/2021 | EGP11984 | SWAT Rifle Firearms/Explosive Breach Mini Scenario | Passed | 0.0 | 9.00 |
| 1/20/2021 | EGP07686 | De-Escalation | Passed | 0.0 | 1.50 |
| 1/20/2021 | EGP21966 | Legal Updates | Passed | 0.0 | 2.00 |
| 1/20/2021 | EGP32552 | Hearing Conservation/Hazmat Awareness | Passed | 0.0 | 1.50 |
| 1/20/2021 | EGP09750 | First Aid/CPR | Passed | 0.0 | 1.00 |
| 1/19/2021 | EGP38195 | SWAT Mechanical/Manual Breaching/NVG Firearms | Passed | 0.0 | 9.00 |
| 1/13/2021 | EGP28014 | SWAT Search Drills/Breaching Methods/Scenarios | Passed | 0.0 | 9.00 |
| 1/12/2021 | EGP08092 | SWAT Handgun/Interior Searching | Passed | 0.0 | 9.00 |
| | | | **2021 Hours** | | **251.25** |
| 12/10/2020 | EGP15891 | SWAT Firearms/Vehicle Arrest/Cautious Search | Passed | 0.0 | 18.00 |
| 11/25/2020 | EGP15246 | SWAT Firearms/Crisis Entry Tactics | Passed | 0.0 | 18.00 |
| 11/18/2020 | EGP04655 | DT Scenarios/Taser Recertification | Passed | 0.0 | 4.00 |
| 11/18/2020 | EGP08411 | Night Shoot - Live Fire Scenarios | Passed | 0.0 | 4.00 |
| 10/21/2020 | EGP22067 | October/November 2020 Firearm Qualification | Passed | 0.0 | 4.00 |
| 10/21/2020 | EGP34615 | Emergency Vehicle Operation (EVO) | Passed | 0.0 | 3.50 |
| 9/17/2020 | EGP22768 | NTOA Conference Virtual Training | Passed | 0.0 | 24.00 |
| 9/16/2020 | EGP03659 | Field Force Overview/Practical Exercise | Passed | 0.0 | 4.50 |
| 9/16/2020 | EGP41014 | Radio Procedure Training | Passed | 0.0 | 1.50 |
| 9/16/2020 | EGP15004 | Use of Force Reporting | Passed | 0.0 | 2.00 |
| 7/16/2020 | F6D06518 | Advanced Search & Seizure: Narcotics Investigation | Passed | 0.0 | 8.00 |
| 7/15/2020 | F6D09276 | Advanced Search & Seizure: Traffic Stops | Passed | 0.0 | 8.00 |
| 7/14/2020 | F6D34206 | Advanced Search & Seizure: Warrantless Searches | Passed | 0.0 | 8.00 |
| 6/21/2020 | EGP11668 | CIT/Mental Health | Passed | 0.0 | 3.00 |
| 5/29/2020 | EGP13872 | Firearms Qualification | Passed | 0.0 | 2.00 |
| 5/28/2020 | EGP43649 | SWAT Firearms/Searching/K-9 Deployment | Passed | 0.0 | 9.00 |
| 5/27/2020 | EGP06565 | Defensive Tactics | Passed | 0.0 | 1.50 |
| 5/27/2020 | EGP11611 | Firearms Training Video Drills | Passed | 0.0 | 1.50 |
| 5/27/2020 | EGP05551 | Officer Response To Calls-Online Training | Passed | 0.0 | 1.50 |

TYKOL Exhbit 2
Page 5 of 13

| Date | Code | Description | Status | | Hours |
|---|---|---|---|---|---|
| 5/27/2020 | EGP37079 | Wellness & Physical Fitness Online Training | Passed | 0.0 | 3.00 |
| 4/30/2020 | EGP34780 | 90 Minute Documentary-Officer Involved | Passed | 0.0 | 1.50 |
| 4/30/2020 | EGP28771 | April 2020 DT Videos & Questions | Passed | 0.0 | 2.00 |
| 4/30/2020 | EGP23117 | April 2020-Firearms Dry Fire Drills | Passed | 0.0 | 2.00 |
| 4/30/2020 | EGP24059 | April 2020 - Fitness/Wellness Online Training | Passed | 0.0 | 4.00 |
| 4/29/2020 | EGP30734 | SWAT IP Training - G2 Overview / Firearms/Searches | Passed | 0.0 | 4.00 |
| 3/18/2020 | EGP17057 | EVOC | Passed | 0.0 | 4.00 |
| 3/18/2020 | EGP25140 | Firearms Training | Passed | 0.0 | 3.00 |
| 3/16/2020 | MISCMAIN | 2020 LE Annual Maintenance | Completed | 0.0 | 0.00 |
| 3/4/2020 | F6D23443 | Initial Law Enforcement Response to Suicide. | Passed | 0.0 | 8.00 |
| 2/29/2020 | F6D23829 | LEDS Recertification | Passed | 0.0 | 1.00 |
| 2/26/2020 | EGP35636 | SWAT Searching Concepts/FSDD/ Firearms-Handgun | Passed | 0.0 | 9.00 |
| 2/19/2020 | EGP39443 | Ethics | Passed | 0.0 | 2.00 |
| 2/19/2020 | EGP03567 | Crime Analysis | Passed | 0.0 | 0.50 |
| 2/19/2020 | EGP21117 | Case Study - Violent Crimes Unit | Passed | 0.0 | 1.00 |
| 2/19/2020 | EGP20509 | Police Tactics/Building Search/Ofc Rescue/AVI | Passed | 0.0 | 3.00 |
| 2/19/2020 | EGP37733 | SWAT Leadership Info Share | Passed | 0.0 | 1.00 |
| 1/30/2020 | EGP11479 | SWAT HR Concepts- Explosive/Manual Breach | Passed | 0.0 | 4.00 |
| 1/29/2020 | EGP19531 | SWAT Rescue Ballistic Breaching | Passed | 0.0 | 4.00 |
| 1/22/2020 | EGP42084 | Hazmat Refresher | Passed | 0.0 | 1.00 |
| 1/22/2020 | EGP21827 | Hearing Conservation | Passed | 0.0 | 1.00 |
| 1/22/2020 | EGP24751 | Legal Updates | Passed | 0.0 | 2.50 |
| 1/22/2020 | EGP40239 | Medical Training (wound care) | Passed | 0.0 | 2.00 |
| 1/22/2020 | EGP13045 | OneDrive | Passed | 0.0 | 1.00 |
| | | | | **2020 Hours** | **190.50** |
| 12/12/2019 | MISCMAIN | 2019 LE Annual Required Maintenance | Completed | 0.0 | 0.00 |
| 12/10/2019 | EGP22084 | SWAT HR Concepts/Searching/Breaching/FSDD | Passed | 0.0 | 10.00 |
| 12/9/2019 | EGP18797 | SWAT Firearms Concepts/DBAL/NVG Concepts | Passed | 0.0 | 15.00 |

TYKOL Exhbit 2
Page 6 of 13

| | | | | | |
|---|---|---|---|---|---|
| 12/8/2019 | EGP33433 | CS Gas/Less Lethal/PepperBall Certification | Passed | 0.0 | 4.00 |
| 11/27/2019 | EGP33421 | SWAT HRT Events - Explosive Breaching - FSDD | Passed | 0.0 | 9.00 |
| 11/20/2019 | EGP42710 | Night Shoot/Scenarios | Passed | 0.0 | 3.00 |
| 11/20/2019 | EGP31665 | DUII - SFST Workshop | Passed | 0.0 | 4.00 |
| 11/20/2019 | EGP07281 | 40mm Less Lethal Recertification Course | Passed | 0.0 | 1.00 |
| 10/30/2019 | EGP16046 | SWAT Linear Assault - AMTRAK Training | Passed | 0.0 | 9.00 |
| 10/23/2019 | EGP01428 | SWAT Firearms - Handgun/Carbine | Passed | 0.0 | 9.00 |
| 10/13/2019 | EGP07953 | Firearms Qualification | Passed | 0.0 | 3.50 |
| 10/13/2019 | EGP12399 | Critical Skills (DT & K9) | Passed | 0.0 | 3.50 |
| 8/28/2019 | EGP32436 | SWAT Firearms / Explosive Breaching Procedures | Passed | 0.0 | 9.00 |
| 8/21/2019 | EGP10226 | SWAT Firearms / Explosive Breaching | Passed | 0.0 | 9.00 |
| 7/31/2019 | EGP39865 | SWAT Firearms / Explosive Breaching Procedures | Passed | 0.0 | 9.00 |
| 7/25/2019 | EGP10888 | Eugene Police Jail Locker Training | Passed | 0.0 | 0.50 |
| 7/24/2019 | EGP38923 | SWAT K9 Search/Ports/Explosive Breaching | Passed | 0.0 | 9.00 |
| 6/24/2019 | EGP11165 | Firearms/CS Gas/Explosive Breaching Training | Passed | 0.0 | 9.00 |
| 6/2/2019 | SMP26753 | OTOA Basic SWAT School | Passed | 0.0 | 40.00 |
| 5/29/2019 | EGP06328 | SWAT Firearms Qualifications | Passed | 0.0 | 9.00 |
| 4/24/2019 | EGP18844 | SWAT/MEDU Manual/Explosive Breaching Training | Passed | 0.0 | 9.00 |
| 4/17/2019 | EGP06604 | Taser Recertification | Passed | 0.0 | 3.50 |
| 4/17/2019 | EGP14846 | Firearms Qualifications | Passed | 0.0 | 3.50 |
| 3/20/2019 | EGP09300 | Firearms Training | Passed | 0.0 | 3.50 |
| 3/20/2019 | EGP20606 | EVOC | Passed | 0.0 | 3.50 |
| 2/20/2019 | EGP33025 | Detective Case Preparation Presentation | Passed | 0.0 | 1.00 |
| 2/20/2019 | EGP22628 | Municipal Judge Presentation | Passed | 0.0 | 1.00 |
| 2/20/2019 | EGP32969 | Patrol Tactics-Shield Deployment-Bldg Search | Passed | 0.0 | 3.00 |
| 2/20/2019 | EGP20193 | First Aid/CPR/Narcan/Combat Casualty | Passed | 0.0 | 3.00 |
| 1/28/2019 | MISCMAIN | 2019 LE Basic 3 Year Maintenance | Completed | 0.0 | 0.00 |
| 1/23/2019 | EGP14644 | SWAT Tactics - Ballistic Shields - Fireamrs | Passed | 0.0 | 9.00 |

TYKOL Exhbit 2
Page 7 of 13

| Date | Code | Course | Status | | Hours |
|------|------|--------|--------|---|---|
| 1/16/2019 | EGP35875 | Hazmat Refresher | Passed | 0.0 | 1.00 |
| 1/16/2019 | EGP33988 | CIT | Passed | 0.0 | 2.00 |
| 1/16/2019 | EGP10934 | Standard "CRP" System Training | Passed | 0.0 | 2.00 |
| 1/16/2019 | EGP38238 | Hearing Conservation/Bloodborne Pathogens | Passed | 0.0 | 1.00 |
| 1/16/2019 | EGP06669 | Legal Updates | Passed | 0.0 | 2.00 |
| | | | **2019 Hours** | | **213.50** |
| 12/31/2018 | MISCMAIN | 2018 LE AnnualRequired Maintenance | Completed | 0.0 | 0.00 |
| 12/18/2018 | EGP18455 | SWAT Searches | Passed | 0.0 | 9.00 |
| 11/28/2018 | EGP16480 | SWAT Firearms Qualifications | Passed | 0.0 | 9.00 |
| 11/21/2018 | EGP15411 | Explosive Disposal Bomb Class | Passed | 0.0 | 1.50 |
| 11/21/2018 | EGP09073 | Low Light Live Fire & UTM Training | Passed | 0.0 | 4.00 |
| 11/21/2018 | EGP14287 | Violent Crimes Case Study/Debrief | Passed | 0.0 | 2.00 |
| 11/21/2018 | EGP28922 | SWAT Searches- Hotel- Motel Search | Passed | 0.0 | 7.00 |
| 10/31/2018 | EGP06752 | SWAT Searches-Ped/Vehicle Arrests / HR incidents | Passed | 0.0 | 24.00 |
| 10/17/2018 | EGP25322 | Defensive Tactics - Scenarios | Passed | 0.0 | 3.50 |
| 10/17/2018 | EGP33424 | Firearms Qualification | Passed | 0.0 | 3.50 |
| 9/30/2018 | EGP00918 | Briefing Training - Patrol Shield | Passed | 0.0 | 0.50 |
| 9/19/2018 | EGP15476 | Field Force/Fit Testing/Station Training | Passed | 0.0 | 2.50 |
| 9/19/2018 | EGP19564 | Legal Updates | Passed | 0.0 | 1.50 |
| 9/19/2018 | EGP38551 | Workplace Harassment | Passed | 0.0 | 1.00 |
| 9/19/2018 | EGP31906 | Patrol Tactics/Breaching | Passed | 0.0 | 2.50 |
| 6/20/2018 | EGP21843 | Firearms Skills | Passed | 0.0 | 3.00 |
| 6/20/2018 | EGP16284 | Chief Briefing | Passed | 0.0 | 0.50 |
| 6/20/2018 | EGP00649 | Emergency Vehicle Operations "EVO" | Passed | 0.0 | 2.00 |
| 6/13/2018 | EGP29638 | Prison Rape Elimination Act "PREA" | Passed | 0.0 | 0.50 |
| 5/16/2018 | F6B17878 | ICAT: Integrating Communication, Assessment | Passed | 0.0 | 4.00 |
| 5/16/2018 | F6B14357 | New Radios/Training | Passed | 0.0 | 2.00 |
| 5/16/2018 | F6B16665 | Patrol Equipment (Drones, Icv. Heat Sensors) | Passed | 0.0 | 1.00 |

TYKOL Exhbit 2
Page 8 of 13

| Date | Code | Course | Status | | Hours |
|---|---|---|---|---|---|
| 4/18/2018 | F6B37361 | April 2018 Firearms Qualification | Passed | 0.0 | 4.00 |
| 4/18/2018 | F6B40320 | Taser Re-Certification | Passed | 0.0 | 4.00 |
| 3/21/2018 | F6B22619 | SWAT Training | Passed | 0.0 | 3.00 |
| 3/21/2018 | F6B27843 | Defensive Tactics Scenarios | Passed | 0.0 | 4.00 |
| 3/21/2018 | F6B21778 | Firearms Training | Passed | 0.0 | 4.00 |
| 2/28/2018 | F6B11817 | LEDS Recertification | Passed | 0.0 | 1.00 |
| 2/21/2018 | F6B30498 | Concussion Protocol | Passed | 0.0 | 0.50 |
| 2/21/2018 | F6B42993 | Defensive Tactics | Passed | 0.0 | 4.50 |
| 2/21/2018 | F6B38103 | Narcan Use Policy & Procedure | Passed | 0.0 | 1.00 |
| 2/21/2018 | F6B38604 | Peer Support | Passed | 0.0 | 0.50 |
| 2/21/2018 | F6B32644 | Understanding Homelessness | Passed | 0.0 | 2.00 |
| 2/1/2018 | F6B17282 | High Risk Car Stops | Passed | 0.0 | 0.50 |
| 1/19/2018 | F6B15045 | Handcuffing/Use of Force | Passed | 0.0 | 0.50 |
| 1/17/2018 | F6B19900 | Forensic Evidence Unit Training | Passed | 0.0 | 1.00 |
| 1/17/2018 | F6B37713 | Hazmat/WMD Awareness | Passed | 0.0 | 1.00 |
| 1/17/2018 | F6B31565 | Community Outreach Response | Passed | 0.0 | 1.50 |
| 1/17/2018 | F6B02068 | Legal Updates | Passed | 0.0 | 1.50 |
| 1/17/2018 | F6B35451 | Defensive Tactics | Passed | 0.0 | 3.00 |
| 1/17/2018 | F6B21547 | Legal Updates | Passed | 0.0 | 1.50 |
| | | | **2018 Hours** | | **123.50** |
| 11/15/2017 | F6C16922 | Crisis Intervention Training | Passed | 0.0 | 1.00 |
| 11/15/2017 | F6C24513 | Bias Crime Reporting | Passed | 0.0 | 0.50 |
| 11/15/2017 | F6C03518 | Radio Procedures Policy | Passed | 0.0 | 1.00 |
| 11/15/2017 | F6C25166 | Personal/Professional Development | Passed | 0.0 | 1.00 |
| 11/15/2017 | F6C42260 | Peer Support Resiliency Team Training | Passed | 0.0 | 0.50 |
| 11/15/2017 | F6C07806 | Night Shoot Firearms Exercises | Passed | 0.0 | 4.00 |
| 11/15/2017 | F6C41740 | STOPS Data Collection/Racial Profiling | Passed | 0.0 | 1.00 |
| 10/18/2017 | F6C25947 | Defensive Tactics Scenarios | Passed | 0.0 | 4.00 |

TYKOL Exhbit 2

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/18/2017 | F6C42445 | Personal/Professional Development | | Passed | 0.0 | 0.50 |
| 10/18/2017 | F6C20291 | Firearms Qualifications | | Passed | 0.0 | 4.00 |
| 9/20/2017 | F6C22891 | Data System-RMS Updates | | Passed | 0.0 | 0.50 |
| 9/20/2017 | F6C06090 | Health/Wellness-CIRT Updates | | Passed | 0.0 | 0.50 |
| 9/20/2017 | F6C09306 | Personal/Professional Development - Other | | Passed | 0.0 | 1.50 |
| 9/20/2017 | F6C06537 | Workers Comp/Liability & Defense Indentification | | Passed | 0.0 | 1.00 |
| 9/20/2017 | F6C20717 | Field Force Classroom & Fit Testing | | Passed | 0.0 | 2.00 |
| 9/20/2017 | F6C32636 | Legal Updates | | Passed | 0.0 | 1.50 |
| 9/20/2017 | F6C19652 | Legal Updates | | Passed | 0.0 | 1.50 |
| 6/21/2017 | F6C05028 | Body-Worn Cameras | | Passed | 0.0 | 4.00 |
| 6/21/2017 | F6C33198 | Confrontational Decision Making & Expectations | | Passed | 0.0 | 1.00 |
| 6/21/2017 | F6C20702 | Active Shooter | | Passed | 0.0 | 4.00 |
| 5/17/2017 | F6C23543 | Animal Control | | Passed | 0.0 | 0.50 |
| 5/17/2017 | F6C14387 | Customer Service | | Passed | 0.0 | 0.50 |
| 5/17/2017 | F6C21632 | Health/Wellness-CIRT Update | | Passed | 0.0 | 0.50 |
| 5/17/2017 | F6C14556 | Police Legitimacy and Procedural Justice | | Passed | 0.0 | 6.00 |
| 5/17/2017 | F6C13352 | Strategic Management/Planning | | Passed | 0.0 | 1.50 |
| 4/19/2017 | F6C19441 | Customer Service | | Passed | 0.0 | 0.50 |
| 4/19/2017 | F6C30175 | Taser Recertification | | Passed | 0.0 | 4.00 |
| 4/19/2017 | F6C19822 | Firearms Qualification | | Passed | 0.0 | 4.00 |
| 3/15/2017 | F6C07858 | Customer Service | | Passed | 0.0 | 0.50 |
| 3/15/2017 | F6C17303 | Firearms Training | | Passed | 0.0 | 4.00 |
| 3/15/2017 | F6C30839 | Defensive Tactics | | Passed | 0.0 | 4.00 |
| 3/9/2017 | 16T001 | Police Field Training Manual | | Completed | 0.0 | 50.00 |
| 1/20/2017 | F6A03940 | Crisis Intervention Team Training | | Passed | 0.0 | 40.00 |
| 1/18/2017 | F6C15339 | Defensive Tactics | | Passed | 0.0 | 2.75 |
| 1/18/2017 | F6C17401 | Tactical First Aid/Tourniquets | | Passed | 0.0 | 2.00 |
| 1/18/2017 | F6C42551 | Legal Update | | Passed | 0.0 | 1.50 |

TYKOL Exhbit 2
Page 10 of 13

| Date | Code | Course | Status | | |
|------|------|--------|--------|---|---|
| 1/18/2017 | F6C42069 | Personal/Professional Development-Other | Passed | 0.0 | 0.50 |
| 1/18/2017 | F6C11842 | CPR/First Aid/AED/Bloodborne Pathogens | Passed | 0.0 | 1.00 |
| | | | **2017 Hours** | | **158.75** |
| 12/7/2016 | F6C38235 | Firearms-Less Lethal | Passed | 0.0 | 10.00 |
| 11/16/2016 | F6C19034 | Child Abuse Interviews | Passed | 0.0 | 2.00 |
| 11/16/2016 | F6C15169 | Customer Service | Passed | 0.0 | 0.50 |
| 11/16/2016 | F6C15273 | GRIT Overview & Local Gang Issues | Passed | 0.0 | 2.50 |
| 11/16/2016 | F6C12201 | Tactical Night Shoot | Passed | 0.0 | 4.00 |
| 10/19/2016 | F6C40665 | Building Searches | Passed | 0.0 | 4.00 |
| 10/19/2016 | F6C19218 | Customer Service | Passed | 0.0 | 0.50 |
| 10/19/2016 | F6C22850 | Firearms Qualification | Passed | 0.0 | 4.00 |
| 9/9/2016 | 16-0008 | DPSST Basic Police | Passed | 0.0 | 640.00 |
| 8/15/2016 | 16-0016 | Weapons of Mass Destruction-Hours incl. in Basic | Passed | 0.0 | 0.00 |
| 8/11/2016 | 16-0011 | Intoxilyzer 8000-Training hours included in Basic | Passed | 0.0 | 0.00 |
| 7/28/2016 | 16-0010 | SFST/DID- Training hours included in Basic | Passed | 0.0 | 0.00 |
| 7/13/2016 | F6A01449 | Tactical Ethics 1: Perspectives on Profiling | Passed | 0.0 | 3.00 |
| 5/18/2016 | F6C08610 | Incident Based Reporting Issues | Passed | 0.0 | 0.50 |
| 5/18/2016 | F6C35706 | Chief Update/Customer Service | Passed | 0.0 | 0.50 |
| 5/18/2016 | F6C18277 | Active Shooter | Passed | 0.0 | 6.00 |
| 5/18/2016 | F6C32165 | Crisis Intervention | Passed | 0.0 | 2.00 |
| 4/29/2016 | F6Z00322 | CPR/First Aid/Bloodborne | Passed | 0.0 | 3.00 |
| 4/27/2016 | F6A01326 | Patrol Rifle | Passed | 0.0 | 27.00 |
| 4/22/2016 | F6B00542 | IS 700.a NIMS: An Introduction | Passed | 0.0 | 3.00 |
| 4/22/2016 | F6B00541 | ICS 200/IS 200 - Basic ICS | Passed | 0.0 | 3.00 |
| 4/22/2016 | F6B00540 | ICS 100/IS 100 - An Introduction to ICS | Passed | 0.0 | 3.00 |
| 4/21/2016 | F6B00538 | Hazardous Materials | Passed | 0.0 | 3.50 |
| 4/21/2016 | F6B00537 | Gang Training: Overview | Passed | 0.0 | 4.00 |
| 4/20/2016 | F6B00545 | Radio Procedures | Passed | 0.0 | 12.00 |

TYKOL Exhbit 2
Page 11 of 13

| | | | | | |
|---|---|---|---|---|---|
| 4/20/2016 | F6C13265 | Firearms Qualfications | Passed | 0.0 | 4.00 |
| 4/18/2016 | F6B00535 | ETS Training | Passed | 0.0 | 6.50 |
| 4/15/2016 | F6B00547 | Vehicle Stops | Passed | 0.0 | 3.50 |
| 4/15/2016 | F6B00543 | OC Training | Passed | 0.0 | 2.00 |
| 4/15/2016 | F6B00539 | High Risk Vehicles Stops: Defensive Tactics | Passed | 0.0 | 2.00 |
| 4/14/2016 | F6B00522 | Emergency Vehicle Operations | Passed | 0.0 | 31.50 |
| 4/7/2016 | F6B00509 | Building Searches | Passed | 0.0 | 7.50 |
| 4/5/2016 | F6B00546 | Taser X26P | Passed | 0.0 | 11.50 |
| 3/30/2016 | 16-1179 | Radar Operators Course | Passed | 0.0 | 6.50 |
| 3/25/2016 | F6B00536 | Firearms Training | Passed | 0.0 | 47.50 |
| 3/15/2016 | 16-1108 | Criminal Laws | Passed | 0.0 | 31.00 |
| 3/14/2016 | 16-0720 | Mobile Video | Passed | 0.0 | 4.00 |
| 3/10/2016 | 16-0109 | Confrontational Simulation | Passed | 0.0 | 8.00 |
| 3/4/2016 | 16-0103 | ASP Baton | Passed | 0.0 | 3.50 |
| 3/4/2016 | 16-0112 | Control Holds & Handcuffing | Passed | 0.0 | 10.00 |
| 3/4/2016 | 16-0253 | Crowd / Riot Control | Passed | 0.0 | 2.00 |
| 3/1/2016 | 16-0115 | Ground Fighting | Passed | 0.0 | 4.00 |
| 2/29/2016 | 16-0715 | LEDS Inquiry Level | Passed | 0.0 | 7.50 |
| 2/25/2016 | 16-0925 | Use of Force Policy | Passed | 0.0 | 3.00 |
| | | | | **2016 Hours** | **933.50** |
| | | | | **Total Hours** | **2210.95** |

TYKOL Exhbit 2
Page 12 of 13

## Attributes

| Topic | Attribute | Effective Date | Expiration Date |
|---|---|---|---|
| Maintenance Requirements | LE Annual | 1/1/2023 | 12/31/2023 |
| Maintenance Requirements | LE Basic 3 Year | 1/1/2023 | 12/31/2025 |
| Maintenance Requirements | LE Annual | 1/1/2023 | 12/31/2023 |
| Maintenance Requirements | LE Basic 3 Year | 1/1/2023 | 12/31/2025 |
| Certification Cards | First Aid and CPR | 1/19/2022 | 1/19/2024 |
| Certification Cards | First Aid and CPR | 1/19/2022 | 1/19/2024 |
| Code of Ethics | Signed | 3/13/2017 | |
| Code of Ethics | Signed | 3/13/2017 | |
| Code of Ethics | Signed | 5/15/2016 | |
| Code of Ethics | Signed | 5/15/2016 | |

## Education

| Date | Degree | School | Major | Hours |
|---|---|---|---|---|
| 5/10/2014 | Masters Arts | | | 36.0 |

May not reflect most current data

Copyright© 2002 - 2023 Blue Peak Logic, Inc. All Rights Reserved.
http://www.bluepeaklogic.com