**Ben Miller, OSB #074690**
**BMiller@eugene-or.gov**
Eugene City Attorney's Office
101 W. 10th Avenue, Suite 203
Eugene, OR 97401
Telephone: (541) 682-8447
Facsimile: (541) 682-5414

Of Attorneys for Defendants
Samuel Tykol and City of Eugene

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **OFELIA HERNANDEZ SANTIAGO,** Personal Representative of the Estate of Eliborio Rodrigues Jr., | Case No: 6:21-cv-01715-MK |
| Plaintiff, | **DECLARATION OF CHRIS STETSON IN SUPPORT OF DEFENDANTS SAMUEL TYKOL AND CITY OF EUGENE'S MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| **SAMUEL TYKOL, JOHN DOE SUPERVISORS 1-3, CITY OF EUGENE,** a municipal subdivision of the State of Oregon, | |
| Defendants. | |

The undersigned, Chris Stetson, states as follows:

1.      I am a duly authorized records custodian for Eugene Police Department and have authority to certify records of Eugene Police Department and make this declaration in support of Defendants Samuel Tykol and City of Eugene's Motion for Summary Judgment.

2.      Attached to my declaration as Exhibit 1 is a true and correct copy of a recording of Eugene Police Department radio traffic, Station 1, from November 30, 2019.

3.      Attached to my declaration as Exhibit 2 is a true and correct copy of a Eugene Police Department Report written by Sergeant Tim Haywood regarding Case No. 19-19716.

PAGE 1 – DECLARATION OF CHRIS STETSON IN SUPPORT OF DEFENDANTS
SAMUEL TYKOL AND CITY OF EUGENE'S MOTION FOR SUMMARY JUDGMENT

4.     These records were prepared by personnel of Eugene Police Department at or near the time of the event referred to therein by individuals with knowledge of the information contained or reported to them. It is the regular practice of Eugene Police Department to make these types of records and these records have been kept in the regular course of police activity.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 30 day of August, 2023.

Chris Stetson

<strong>CERTIFICATE OF SERVICE</strong>

I certify that on this 1st day of September, 2023, I served or caused to be served a true and complete copy of the foregoing **DECLARATION OF CHRIS STETSON IN SUPPORT OF DEFENDANTS SAMUEL TYKOL AND CITY OF EUGENE'S MOTION FOR SUMMARY JUDGMENT** on the party or parties listed below as follows:

   **X**    Via CM / ECF Filing

   **X**    Via First Class Mail, Postage Prepaid

        Via Email

| | |
|---|---|
| Michelle R. Burrows | Anthony Rosta |
| 16869 SW 65th Ave #367 | 795 W 7th Ave |
| Lake Oswego, OR 97035 | Eugene, OR 97402 |
| | |
| Attorney for Plaintiff | Attorney for Plaintiff |

<strong>CITY OF EUGENE</strong>

By:     s/ Ben Miller
        Ben Miller, OSB #074690
        BMiller@eugene-or.gov
        Telephone: (541) 682-8447
        Facsimile:   (541) 682-5414

        Of Attorneys for Defendants
        Samuel Tykol and City of Eugene