**Ben Miller, OSB #074690**
**BMiller@eugene-or.gov**
Eugene City Attorney's Office
101 W. 10th Avenue, Suite 203
Eugene, OR 97401
Telephone: (541) 682-8447
Facsimile: (541) 682-5414

Of Attorneys for Defendants
Samuel Tykol and City of Eugene

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **OFELIA HERNANDEZ SANTIAGO,** Personal Representative of the Estate of Eliborio Rodrigues Jr., <br><br> Plaintiff, <br><br> v. <br><br> **SAMUEL TYKOL, JOHN DOE SUPERVISORS 1-3, CITY OF EUGENE,** a municipal subdivision of the State of Oregon, <br><br> Defendants. | Case No: 6:21-cv-01715-MK <br><br><br> **EXHIBIT 1 (ONE) TO DECLARATION OF CHRIS STETSON IN SUPPORT OF DEFENDANTS SAMUEL TYKOL AND CITY OF EUGENE'S MOTION FOR SUMMARY JUDGMENT** <br><br> **CONVENTIONALLY FILED** |

Exhibit 1 (One) to the Declaration of Chris Stetson in Support of Defendants Samuel Tykol and City of Eugene's Motion for Summary Judgment conventionally filed along with a judge copy.

DATED this 1st day of September, 2023.

**CITY OF EUGENE**

By:    s/  Ben Miller
        Ben Miller, OSB #074690
        BMiller@eugene-or.gov
        Telephone: (541) 682-8447
        Facsimile:  (541) 682-5414

        Of Attorneys for Defendants
        Samuel Tykol and City of Eugene

Page 1 – EXHIBIT 1 (ONE) TO DECLARATION OF CHRIS STETSON IN SUPPORT OF DEFENDANTS SAMUEL TYKOL AND CITY OF EUGENE'S MOTION FOR SUMMARY JUDGMENT

<h1 style="text-align:center">CERTIFICATE OF SERVICE</h1>

I certify that on the 1st day of September, 2023, I served or caused to be served a true and complete copy of the foregoing **EXHIBIT 1 (ONE) TO DECLARATION OF CHRIS STETSON IN SUPPORT OF DEFENDANTS SAMUEL TYKOL AND CITY OF EUGENE'S MOTION FOR SUMMARY JUDGMENT** on the party or parties listed below as follows:

| | |
|---|---|
| **X** | Via CM / ECF Filing |
| **X** | Via First Class Mail, Postage Prepaid |
| | Via Email |
| | Via Personal Delivery |

Michelle R. Burrows
16869 SW 65th Ave #367
Lake Oswego, OR 97035

Attorney for Plaintiff

Anthony Rosta
795 W 7th Ave
Eugene, OR 97402

Attorney for Plaintiff

**CITY OF EUGENE**

By:   s/ Ben Miller
    Ben Miller, OSB #074690
    Ben.j.miller@ci.eugene.or.us
    Telephone: (541) 682-8447
    Facsimile: (541) 682-5414

    Of Attorneys for Defendants
    Samuel Tykol and City of Eugene