# CASE SUPPLEMENTAL REPORT

*Eugene Police Department*  OCA: **1919716**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *OPEN*          **Case Mng Status:** *NA*          **Occurred:** *11/30/2019*

   **Offense:** *OFFICER INVOLVED SHOOTING*

**Investigator:** *HAYWOOD, T. (EPD357)*          **Date / Time:** *12/04/2019 12:12:20, Wednesday*

**Supervisor:** *WILLIAMS, J. (EPD53)*          **Supervisor Review Date / Time:** *12/05/2019 11:20:11, Thursday*

   **Contact:**          **Reference:** *Supplemental Officer Statement*

On 11/30/19, at 1247 hours, I received a call from Sgt Sullivan regarding an officer involved shooting that had just occurred in Eugene.  Sgt Sullivan explained an EPD officer shot a suspect in the 1500 block of Acacia.

I called Lt Lane from the Lane County Sheriff's Office to advise him of the circumstances and request a call out of IDFIT, the Interagency Deadly Force Investigation Team.  I later called Detective Williams and he agreed to respond. The other two EPD members of IDFIT were unavailabe and additional investigations division detectives were requested.  Detectives Holmberg and Trotter responded.

I arrived at the scene at approximately 0119 hours.  Sgt Sullivan directed me to Sgt Stotts, who walked me through the scene.  I noted a small flashlight, similar to a bicycle light, near a set of garbage cans east of Officer Tykol's patrol vehicle.  The light was still on.  There were two different white trash bags, one near the same garbage cans and one near the deceased, that both appeared to be empty.  There was a body camera on the ground also near the garbage cans and it was facing "downward" (meaning the camera was facing the asphalt).  I later inspected the body camera with Detective Chad Rogers (LCSO) and the power "toggle" was off.

Once IDFIT detectives were briefed, I responded back into the crime scene to walk detectives, the Deputy Medical Examiner, and supervisors through the scene.  Detective Rogers photographed a patrol vehicle just east of the deceased subject as the camera system mounted in the vehicle was recording.  I stopped the recording after photographs were taken.

**written by Haywood #357 DPSST 31085**

STETSON Exhibit 2
Page 1 of 1
COE 000061

Investigator Signature                    Supervisor Signature