Michelle R Burrows OSB 861606
LAW OFFICE MICHELLE R. BURROWS P.C.
16869 SW 65th Ave # 367
Lake Oswego, OR 97035
503-241-1955
Michelle.r.burrows@gmail.com
www.oregoncivilrights.com

Anthony Rosta OSB 810970
ROSTA & CONNELLY, P.C.
795 W 7th Ave
Eugene, OR 97402
541-343-8111
tony@rosta-connelly.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Eugene Division

| | |
|---|---|
| OFELIA HERNANDEZ SANTIAGO, Personal Representative of the Estate of Eliborio Rodrigues Jr., <br><br> Plaintiff, <br><br> v. <br><br> SAMUEL TYKOL, JOHN DOE SUPERVISORS 1-3, CITY OF EUGENE, a municipal subdivision of the State of Oregon, <br><br> Defendants. | No: 6:21-cv-01715 <br><br><br> DECLARATION MICHELLE BURROWS |

I, Michelle R. Burrows, being duly sworn, say:

1. I am an attorney in the above-captioned matter representing Plaintiff. I submit this

   Declaration in support of Plaintiff's Response to Defendants' Motion for Summary

   Judgement and Plaintiff's Motion for Judicial Notice.

1 – Declaration Michelle Burrows

2. I attest Exhibit 1 is a true and accurate picture of a map of the shooting scene taken from discovery provided by Defendants and is a true and accurate copy of the same. The handwriting on the picture is that of Officer Tykol from his deposition.

3. I attest Exhibit 2 is a true and accurate print out of the CAD printout for the time of the events alleged in this case.

4. I attest Exhibit 3 is a true and accurate copy of a Supplemental Report by Officer Simons describing his location of the TASER.

5. I attest Exhibit 4 is a true and accurate copy of a Use of Force PowerPoint created by the City of Eugene showing their conclusions of the incident alleged in this lawsuit.

6. I attest Exhibit 5 is a true and accurate copy of the report on the arrest and shooting of Mr. Rodrigues by the Eugene Police Auditor.

7. I attest Exhibit 6 is a true and accurate copy of the Eugene Police Department Body-Worn Video policy 1203.

8. I attest Exhibit 7 is a true and accurate copy of the Eugene Police Department Foot Pursuit Policy 458.

9. I attest Exhibit 8 is a true and accurate copy of the Eugene Police Department Use of Force policy 800.

10. I attest Exhibit 9 is a true and accurate copy of the Eugene Police Department Oleoresin Capsicum Aerosol policy 803.

11. I attest Exhibit 10 is a true and accurate copy of the Eugene Police Department Arrest Policy 300.

12. I attest Exhibit 11 is a true and accurate copy of the Eugene Police Department Search and Seizure Policy 322.

13. I attest Exhibit 12 is a true and accurate copy of the Eugene Police Department Handcuffing and Pain Compliance Policy 808.

14. I attest Exhibit 13 is a true and accurate copy of the Eugene Police Department Use of Deadly Force Policy 810.

15. I attest Exhibit 14 is a true and accurate copy of the Eugene Police Department De-escalation Policy 810.

16. I attest Exhibit 15 is a true and accurate copy of the Eugene Municipal Code 4.830 Use of the Streets.

17. I attest Exhibit 16 is a true and accurate copy of the Eugene Municipal Code 4.907 Interfering with Police Officer.

18. I attest Exhibit 17 is a true and accurate copy of the Eugene Municipal Code 4.910 Resisting Arrest.

19. I attest Exhibit 18 is a true and accurate copy of the DPSST Use of Force Presentation for 2020 Joint Committee on Transparent Policing and Use of Force Reform.

20. I attest Exhibit 19 is a true and accurate copy of the Bodycam Video from Officer Tykol's bodycam of the incident alleged in this suit.

21. I attest Exhibit 20 is a true and accurate copy of the Taser Printout for the deployment of the Taser by Officer Tykol in this incident.

22. I attest Exhibit 21 is a true and accurate copy of Excerpts from the Deposition of Officer Russell.

23. I attest Exhibit 22 is a true and accurate copy of excerpts from the deposition of Officer Saylo.

24. I attest Exhibit 23 is a true and accurate copy of excerpts from the deposition of Officer Tykol.

25. I attest Exhibit 24 is a true and accurate copy of a crime scene photograph taken of the collection bag and flashlight used by Mr. Rodrigues.

26. I attest Exhibit 25 is a true and accurate copy of a crime scene photograph taken of the front of Officer's Tykol's uniform and his hands taken immediately following the shooting.

27. I attest Exhibit 26 is a true and accurate copy of a crime scene photograph taken of Officer Tykol's face immediately following the shooting.

28. I attest Exhibit 27 is a true and accurate copy of a photograph taken of Officer Tykol's lower back purporting to show two taser prong marks.

29. I attest Exhibit 28 is a true and accurate copy of the State Police Crime Lab autopsy of Eliborio Rodrigues.

Dated this 30th day of October 2023.

Respectfully submitted,

/s/*Michelle R. Burrows*
Michelle R. Burrows OSB86160 (she/her)
Of Attorneys for Plaintiff