Michelle R Burrows OSB 861606
LAW OFFICE MICHELLE R. BURROWS P.C.
16869 SW 65th Ave # 367
Lake Oswego, OR 97035
503-241-1955
Michelle.r.burrows@gmail.com
www.oregoncivilrights.com

Anthony Rosta OSB 810970
ROSTA & CONNELLY, P.C.
795 W 7th Ave
Eugene, OR 97402
541-343-8111
tony@rosta-connelly.com

Attorneys for Plaintiff


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Eugene Division


| | |
|---|---|
| OFELIA HERNANDEZ SANTIAGO, Personal Representative of the Estate of Eliborio Rodrigues Jr., | No: 6:21-cv-01715 |
| Plaintiff, | EXHIBIT LIST |
| v. | |
| SAMUEL TYKOL, JOHN DOE SUPERVISORS 1-3, CITY OF EUGENE, a municipal subdivision of the State of Oregon, | |
| Defendants. | |


//

//

//


1 – Exhibit List

| Ex. No. | Description | Source | SPO |
|---|---|---|---|
| 1 | Picture of Acacia | Deposition Ex. 7; COE 1938 | Yes |
| 2 | CAD printout | Deposition Ex. 10; COE 5-17 | Yes |
| 3 | Supplemental Report Simons on location of Taser | Deposition Ex. 13; COE 106-110 | Yes |
| 4 | Use of Force Review Report: Picture of crime scene bins, Tykol picture, De-escalation policy | Deposition Ex. 15; COE 1973, 1979, 1987-1989 | Yes |
| 5 | Report of Office of Police Auditor | Deposition Ex. 17; COE 1258-1286 | Yes |
| 6 | Eugene Police Policy 1203: Body-Worn Video | COE 2142-2148 | No |
| 7 | Eugene Police Policy 458: Foot Pursuit | COE 2093-2097 | No |
| 8 | Eugene Police Policy 800: Use of Force | COE 2098-2104 | No |
| 9 | Eugene Police Policy 803: Oleoresin Capsicum Aerosol | COE 2112-2115 | No |
| 10 | Eugene Police Policy 300: Arrests | COE 2087-2088 | No |
| 11 | Eugene Police Policy 322: Search and Seizure | COE 1870-1880 | No |
| 12 | Eugene Police Policy 808: Handcuffing & Pain Compliance | COE 2116-2119 | No |
| 13 | Eugene Police Policy 810: Use of Deadly Force | COE 2126-2133 | No |
| 14 | Eugene Police Policy 820: De-escalation | COE 2134-2135 | No |
| 15 | Eugene Municipal Code 4.830 use of streets | https://eugene.municipal.codes/EC/4.830 | No |
| 16 | Eugene Municipal Code 4.907 Interfering with Police Officer | https://eugene.municipal.codes/EC/4.907 | No |
| 17 | Eugene Municipal Code 4.910 Resisting Arrest | https://eugene.municipal.codes/EC/4.910 | No |
| 18 | DPSST Use of Force Presentation for the 2020 Joint Committee on Transparent Policing and Use of Force Reform | https://olis.oregonlegislature.gov/liz/2019I1/Downloads/CommitteeMeetingDocument/224655 | No |
| 19 | Bodycam Video of Incident | COE 2493 \ PERSON_STOP_TYKOL_SAMUEL | Yes |
| 20 | Taser Printout | COE 1527-1528 | No |
| 21 | Russell Depo Excerpts | Deposition Justin Russell Jan. 31, 2023 | No |
| 22 | Saylo Depo Excerpts | Deposition Matthew Saylo Jan. 31, 2023 | No |
| 23 | Tykol Depo Excerpts | Deposition Samuel Tykol Jan. 30, 2023 | No |
| 24 | Rodrigues bag and flashlight | COE 368 | Yes |
| 25 | Tykol uniform and hands | COE 389 | Yes |
| 26 | Tykol face | COE 437 | Yes |
| 27 | Tykol TASER marks | COE 452 | Yes |
| 28 | Autopsy Report | OR St Police Medical Examiner's Office | Yes |

//

//

2 – Exhibit List

Dated this 30th day of October 2023.

Respectfully submitted,

/s/Michelle R. Burrows
Michelle R. Burrows OSB861606 (she/her)
Of Attorneys for Plaintiff

3 – Exhibit List