EXHIBIT 10
Page 1 of 2

POLICY
**300**

EFFECTIVE
DATE
1-14-00

# Eugene Police Department



==This policy was amended by CD17-033 on December 18, 2017.  A portion of section A.3, all of A.5 and all of B, C, D, E, and G were found to be redundant and out dated.  Those sections were rescinded.==

## Arrests

You are sworn to enforce municipal, state, and federal criminal laws, and should take enforcement action where appropriate and consistent with department policy. Information regarding detention and booking of prisoners is found in the Custody sections of the POM.

PART I - Responsibilities and Procedures for All Personnel
A.                                        Generally
B.         Securing prisoners
C.                                        Search incident to arrest
D.         Strip searches and body cavity searches
E.         Restraints
F.                Physical/mental states of concern
G.         Transport

### PART I - Responsibilities and Procedures for All Personnel

### A.      Generally

1.      Arrest a person when you have probable cause to believe s/he has committed a crime, or when you become aware of a warrant for his/her arrest.

2.      Once you arrest a person, you have five options:
   - Release the person
   - Cite the person before releasing him/her
   - Book the person into jail
   - Retain the person in a holding cell for another agency to retrieve
   - Allow the person to post bail and then release him/he

3.      You must provide Miranda warnings as appropriate, and transport them to a proper facility as soon as possible.

4.      You are responsible for any prisoner in your custody; you may not mistreat him/her.

COE 002087

EXHIBIT 10
Page 2 of 2

## F.    Physical/mental states of concern

When you have a restrained prisoner in your custody, be alert to the following physical/mental states in him/her:

1.    **Excited delirium/cocaine psychosis**, which may be indicated by rapid onset of paranoia followed by aggression toward objects, particularly glass, and/or activities and perceptions which are clearly abnormal.

2.    **Cardiac arrest**

3.    **Positional asphyxia** can occur when a position of the body interferes with respiration, resulting in asphyxia.

   a.    Contributing factors causing the inability of a prisoner to move from a position which may potentially be fatal include:

   - Intoxication
   - Illness
   - Injury
   - Unconsciousness
   - Restraint or entrapment (e.g., hobbled and in a prone position)

   b.    Do not leave a restrained prisoner on his/her stomach for any significant period of time.  If the person must be left in that position for a short time, you must continuously monitor him/her.

   c.    If you observe that a subject may be suffering from the symptoms of "positional asphyxia", move him/her to a more comfortable position which allows respiration and immediately summon medical assistance.

COE 002088