EXHIBIT 14
Page 1 of 2

POLICY

**820**

EFFECTIVE
DATE
3-2-18

# Eugene
# Police Department



# De-escalation

### 820.1     PURPOSE AND SCOPE

De-escalation is designed to reduce the need to use force, recognize the sanctity of life, protect officers from harm, reduce injuries to subjects and build community trust.  This policy provides guidance as to the expectations of the Eugene Police Department in the application of de-escalation.

### 820.2     DEFINITIONS

a.     De-escalation:  Tactics and techniques used by officers, when safe and without compromising law enforcement priorities, which seek to minimize the likelihood of the need to use force during an incident, and increase the likelihood of voluntary compliance.

### 820.3     POLICY

Officers should make every reasonable effort to de-escalate confrontations to prevent the need to use force. When a subject's actions create an imminent threat to the public or to officers, it is expected that officers will respond with reasonable and decisive force.

De-escalation techniques and tactics include, but are not limited to:

a.     Tactical communications, including active listening. Communication with the subject should be limited to one officer at a time in order to ensure clear communication.

b.     Requesting and utilizing additional officers whenever necessary.  If one officer is unable to build rapport with a subject, another officer should be given an opportunity to communicate with the subject whenever reasonably possible.

c.     Leveraging time by slowing down the situation:

1.     When safe and feasible under the totality of circumstances, officers shall attempt to slow down or stabilize the situation so that more time, options and resources are available for incident resolution.

EXHIBIT 14
Page 2 of 2

2.  When time and circumstances reasonably permit, officers shall assess and accommodate, whether a subject's lack of compliance is a deliberate attempt to resist, or an inability to comply based on factors including, but not limited to:

    - Medical conditions
    - Mental impairment
    - Developmental disability
    - Physical limitation
    - Language barrier
    - Drug interaction
    - Behavioral crisis
    - Emotional Response / Fear

d.  Creating and maintaining distance, while utilizing cover, and concealment.

e.  Tactical positioning, repositioning and pause.

f.  Remaining calm, and professional.