EXHIBIT 15
Page 1 of 1

Public Ways | Eugene Code

Page 1 of 1

## 4.830    Portion of Street Reserved for Vehicular Traffic.

No unauthorized person shall make use of the portion of the street between the curbs reserved for vehicular traffic for any other purpose than vehicular traffic, except that:

(a)    Pedestrians may cross the streets at crosswalks; and

(b)    If authorized under the City Manager's rules for priority of placement, containers supplied by licensed solid waste and recycling firms may be temporarily placed for the purpose of regularly scheduled collection service between the curbs of streets that do not have designated bicycle lanes immediately adjacent to the curb. The containers may be placed no earlier than 7:00 p.m. of the day prior to the customer's regularly scheduled collection service, shall be removed by midnight of the day of service, and shall comply with rules adopted by the City Manager pursuant to section 2.019 of this code.

(Section 4.830 amended by Ordinance No. 20317, enacted April 15, 2004, effective May 15, 2004.)

**The Eugene Code is current through Ordinance 20693, passed July 12, 2023.**

Disclaimer: The city recorder's office has the official version of the Eugene Code. Users should contact the city recorder's office for ordinances passed subsequent to the ordinance cited above.

City Website: www.eugene-or.gov

Hosted by Code Publishing Company, A General Code Company.