EXHIBIT 16
Page 1 of 1

Miscellaneous | Eugene Code                                                                                    Page 1 of 1

## 4.907    Interfering With a Peace Officer.

(1)    A person commits the crime of interfering with a peace officer if the person, knowing that another person is a peace officer, intentionally or knowingly acts in a manner that prevents, or attempts to prevent, the peace officer from performing the lawful duties of the officer with regards to another person, or a criminal investigation.

(2)    This section does not apply in situations in which the person is engaging in passive resistance.

(3)    A person may not be arrested or charged under this section if the person is arrested or charged for another offense based on the same conduct.

(Section 4.907, formerly 4.906, added by Ordinance No. 19268, enacted July 23, 1984; renumbered by Ordinance No. 19462, enacted April 13, 1987; amended by Ordinance No. 19991, enacted November 14, 1994, effective December 14, 1994; administratively amended by Ordinance No. 20113, enacted April 6, 1998, effective May 6, 1998; amended by Ordinance No. 20245, enacted January 14, 2002, effective February 15, 2002; and amended by Ordinance No. 20677, enacted November 28, 2022, effective December 30, 2022.)

**The Eugene Code is current through Ordinance 20693, passed July 12, 2023.**

Disclaimer: The city recorder's office has the official version of the Eugene Code. Users should contact the city recorder's office for ordinances passed subsequent to the ordinance cited above.

City Website: www.eugene-or.gov

Hosted by Code Publishing Company, A General Code Company.