EXHIBIT 17
Page 1 of 1

Miscellaneous | Eugene Code                                                                    Page 1 of 1

## 4.910    Resisting Arrest.

(1)    A person commits the crime of resisting arrest if the person intentionally resists a person known by the person to be a peace officer in making an arrest.

(2)    "Resists," as used in this section, means the use or threatened use of violence, physical force or any other means that creates a substantial risk of physical injury to any person and includes behavior clearly intended to prevent being taken into custody by overcoming the actions of the arresting officer. The behavior does not have to result in actual physical injury to the arresting officer. Passive resistance does not constitute behavior intended to prevent being taken into custody.

(3)    It is no defense to a prosecution under this section that the peace officer lacked legal authority to make the arrest, provided the peace officer was acting under color of official authority.

(Section 4.910 amended by Ordinance No. 16699, enacted January 22, 1973, and amended by Ordinance No. 19686, enacted May 14, 1990.)

---

**The Eugene Code is current through Ordinance 20693, passed July 12, 2023.**

Disclaimer: The city recorder's office has the official version of the Eugene Code. Users should contact the city recorder's office for ordinances passed subsequent to the ordinance cited above.

City Website: www.eugene-or.gov

Hosted by Code Publishing Company, A General Code Company.