EXHIBIT 20
Page 1 of 2



# EVIDENCE◉SYNC™

| TASER Information | | Offline Report | |
|---|---|---|---|
| Serial | X13002H0W | Local Timezone | Pacific Standard Time (UTC -08:00) |
| Model | TASER X26P | Generated On | 04 Dec 2019 14:05:52 |
| Firmware Version | Rev. 04.037 | | |
| Application Version | 3.15.104 | | |
| Health | Good | | |

## Device (X26P)

| Seq # | Local Time [DD:MM:YYYY hh:mm:ss] | Event [Event Type] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|
| 1 | 29 Nov 2014 09:49:39 | Power Magazine Change | Manufacturing S/N: XXXXX6 Battery capacity: 100% | | |
| 2 | 29 Nov 2014 09:49:39 | Firmware Update | FW Bundle, Rev. 04.010, 7/23/14 | | |
| 3 | 29 Nov 2014 09:49:39 | Firmware Update | MC, Rev. 04.010, 7/23/14 | | |
| 4 | 29 Nov 2014 09:49:39 | Firmware Update | LDR, Rev. 04.009, 7/22/14 | | |
| | 29 Nov 2014 09:49:39 | Firmware Update | HVM, Rev. 01.022, 6/6/14 | | |
| 6 | 29 Nov 2014 09:49:39 | Armed | | 31 | 100 |
| 7 | 29 Nov 2014 09:49:52 | Reset | Low Battery Reset | | |
| 8 | 29 Nov 2014 09:49:56 | Power Magazine Change | Standard S/N: 197246 Battery capacity: 80% | | |
| 9 | 29 Nov 2014 09:49:56 | Armed | | 32 | 80 |
| 10 | 29 Nov 2014 09:50:15 | Reset | Low Battery Reset | | |
| 11 | 29 Nov 2014 10:24:56 | Power Magazine Change | Manufacturing S/N: DPM000 Battery capacity: 100% | | |
| 12 | 29 Nov 2014 10:24:56 | Armed | | 29 | 100 |
| 13 | 29 Nov 2014 10:25:02 | Trigger | 5 | | 100 |
| 14 | 29 Nov 2014 10:25:09 | Trigger | 5 | | 99 |
| 15 | 29 Nov 2014 10:25:15 | Trigger | 5 | | 99 |
| 16 | 29 Nov 2014 10:25:21 | Trigger | 5 | | 99 |
| 17 | 29 Nov 2014 10:25:29 | Trigger | 5 | | 99 |
| 18 | 29 Nov 2014 10:25:35 | Trigger | 5 | | 99 |
| | 29 Nov 2014 10:25:42 | Trigger | 5 | | 99 |
| 20 | 29 Nov 2014 10:25:48 | Trigger | 5 | | 99 |

EXHIBIT 20
Page 2 of 2

| Seq # | Local Time [DD:MM:YYYY hh:mm:ss] | Event [Event Type] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|
| 11 | 09 Oct 2019 14:52:05 | Safe | 9 | 27 | 66 |
| 1612 | 09 Oct 2019 14:53:19 | USB Connected | | | |
| 1613 | 09 Oct 2019 14:52:28 | Time Sync | 09 Oct 2019 14:53:23 to 09 Oct 2019 14:52:28 | | |
| 1614 | 09 Oct 2019 14:52:37 | Time Sync | 09 Oct 2019 14:52:38 to 09 Oct 2019 14:52:37 | | |
| 1615 | 09 Oct 2019 14:57:04 | Armed | | 32 | 66 |
| 1616 | 09 Oct 2019 14:57:05 | Trigger | 5 | | 66 |
| 1617 | 09 Oct 2019 14:57:12 | Safe | 8 | 31 | 66 |
| 1618 | 10 Oct 2019 20:06:55 | Armed | | 25 | 65 |
| 1619 | 10 Oct 2019 20:06:56 | Safe | 1 | 25 | 65 |
| 1620 | 12 Oct 2019 05:00:32 | Armed | | 24 | 65 |
| 1621 | 12 Oct 2019 05:00:40 | Safe | 8 | 25 | 65 |
| 1622 | 02 Nov 2019 20:39:49 | Armed | | 21 | 64 |
| 1623 | 02 Nov 2019 20:39:50 | Safe | 1 | 21 | 64 |
| 1624 | 06 Nov 2019 20:23:07 | Armed | | 23 | 64 |
| 25 | 06 Nov 2019 20:23:08 | Safe | 1 | 23 | 64 |
| 1626 | 09 Nov 2019 03:18:42 | Armed | | 26 | 64 |
| 1627 | 09 Nov 2019 03:18:42 | Safe | 0 | 25 | 64 |
| 1628 | 22 Nov 2019 20:22:31 | Armed | | 22 | 63 |
| 1629 | 22 Nov 2019 20:22:35 | Safe | 4 | 22 | 63 |
| 1630 | 23 Nov 2019 20:22:04 | Armed | | 22 | 63 |
| 1631 | 23 Nov 2019 20:22:05 | Trigger | 5 | | 63 |
| 1632 | 23 Nov 2019 20:22:11 | Safe | 7 | 23 | 63 |
| 1633 | 30 Nov 2019 00:36:14 | Armed | | 21 | 63 |
| 1634 | 30 Nov 2019 00:36:15 | Trigger | 5 | | 63 |
| 1635 | 30 Nov 2019 00:36:21 | Trigger | 5 | | 63 |
| 1636 | 30 Nov 2019 00:56:29 | PowerSave | 20 Min Weapon Timer | | |
| 1637 | 04 Dec 2019 13:39:29 | PowerSave Exit | | | |
| 1638 | 04 Dec 2019 14:06:06 | USB Connected | | | |
| 39 | 04 Dec 2019 14:04:54 | Time Sync | 04 Dec 2019 14:06:08 to 04 Dec 2019 14:04:54 | | |