IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| OFELIA HERNANDEZ SANTIAGO,<br><br>        Plaintiff,<br><br>        v.<br><br>CITY OF EUGENE, SAMUEL TYKOL, and JOHN DOES 1–3,<br><br>        Defendants. | Case No. 6:21-cv-01715-MK<br><br>ORDER |

MCSHANE, Judge:

Magistrate Judge Kasubhai filed a Findings and Recommendation, ECF No. 55, and the matter is now before this Court on Defendants' objections, ECF No. 59. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). This Court reviews *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998).

The Court finds no error and concludes the report is correct. Magistrate Judge Kasubhai's Findings and Recommendation, ECF No. 55, is adopted in full. Defendants' Motion for Summary Judgment, ECF No. 25, is GRANTED as to the First and Second Claims for Relief, GRANTED

1 –ORDER

as to the Fifth and Sixth Claims against the City of Eugene, and DENIED as to the Fifth and Sixth Claims against Officer Tykol.

IT IS SO ORDERED.

DATED this 13th day of November, 2024.

          /s/ Michael J. McShane
Michael McShane
United States District Judge

2 –ORDER