Michelle R Burrows OSB 861606
LAW OFFICE MICHELLE R. BURROWS P.C.
16869 SW 65th Ave # 367
Lake Oswego, OR 97035
503-241-1955
Michelle.r.burrows@gmail.com
www.oregoncivilrights.com

Anthony Rosta OSB 810970
ROSTA & CONNELLY, P.C.
795 W 7th Ave
Eugene, OR 97402
541-513-7900
tony@rosta-connelly.com

       Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Eugene Division

| | |
|---|---|
| OFELIA HERNANDEZ SANTIAGO, Personal Representative of the Estate of Eliborio Rodrigues Jr.,<br><br>       Plaintiff,<br><br>v.<br><br>SAMUEL TYKOL, JOHN DOE SUPERVISORS 1-3, CITY OF EUGENE, a municipal subdivision of the State of Oregon,<br>       Defendants. | No: 6:21-cv-0171-MTK<br><br>JOINT PROPOSED NEUTRAL STAEMENT OF THE CASE |

      Plaintiff Ofelia Hernandez Santiago, as the Personal Representative for the Estate of Eliborio Rodrigues Jr, deceased, brought a lawsuit against Eugene Police Officer Samuel Tykol and The City of Eugene. Mr. Rodrigues was stopped and investigated by Officer Tykol at approximately 12:30 a.m. on November 30, 2019 on Acacia Avenue in Eugene, Oregon. He was collecting recyclable cans and bottles to redeem. Officer Tykol, after engaging with Mr.

1 – JOINT NEUTRAL STATEMENT OF THE CASE

Rodrigues, shot Mr. Rodrigues three times, thereby killing him. This case is about whether the investigation of Mr. Rodrigues was negligent and consequently did Officer Tykol wrongfully cause Mr. Rodrigues's death.

Dated this 22nd day of July 2025.

Respectfully submitted,

/s/ Michelle R. Burrows
Michelle R. Burrows OSB86160
Of Attorneys for Plaintiff

2 – JOINT NEUTRAL STATEMENT OF THE CASE