Michelle R Burrows OSB 861606
LAW OFFICE MICHELLE R. BURROWS P.C.
16869 SW 65th Ave # 367
Lake Oswego, OR 97035
503-241-1955
Michelle.r.burrows@gmail.com
www.oregoncivilrights.com

Anthony Rosta OSB 810970
ROSTA & CONNELLY, P.C.
795 W 7th Ave
Eugene, OR 97402
541-513-7900
tony@rosta-connelly.com

   Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Eugene Division

| | |
|---|---|
| OFELIA HERNANDEZ SANTIAGO, Personal Representative of the Estate of Eliborio Rodrigues Jr., <br><br>      Plaintiff, <br><br>v. <br><br>SAMUEL TYKOL, JOHN DOE SUPERVISORS 1-3, CITY OF EUGENE, a municipal subdivision of the State of Oregon, <br>      Defendants. | No: 6:21-cv-01715-MTK <br><br> PLAINTIFF'S PROPOSED TRIAL EXHIBIT LIST - AMENDED |

  Pursuant to the Trial Management Order (Doc. 72), Plaintiff submits this Exhibit list for

Plaintiff's proposed trial exhibits:

1 – Plaintiff's Proposed Trial Exhibit List - AMENDED

| Exh. No. | Description |
|---|---|
| 1. | CAD Report |
| 2. | Event Report |
| 3. | Crime Scene Log |
| 4. | Evidence/Property Receipts |
| 5. | Video: Tykol's bodycam |
| 6. | TASER Report |
| 7. | Reserved: Electronic patient care report by Eugene Fire |
| 8. | City of Eugene Use of Force Policy 800 |
| 9. | City of Eugene Use of Force Reporting Policy 801 |
| 10. | City of Eugene Oleoresin Capsicum Aerosol Policy 803 |
| 11. | City of Eugene Taser Use Policy 809 |
| 12. | City of Eugene Arrest Policy 300 |
| 13. | City of Eugene Search and Seizure Policy 322 |
| 14. | City of Eugene Police S.T.O.P.'s Policy 402 |
| 15. | City of Eugene Police De-escalation Policy 820 |
| 16. | City of Eugene Foot Pursuit Policy 458 |
| 17. | City of Eugene Handcuffing Policy 808 |
| 18. | City of Eugene Use of Deadly Force Investigations Policy 810 |
| 19. | City of Eugene Body-Worn Camera Policy 1203 |
| 20. | City of Eugene Photograph: Roberts's uniform |
| 21. | City of Eugene Photographs: Tykol's uniform |
| 22. | City of Eugene Photograph: Tykol's hand |
| 23. | City of Eugene Photograph: Tykol's face |
| 24. | City of Eugene Photograph: Tykol's side |
| 25. | City of Eugene Photographs: TASER on ground |
| 26. | City of Eugene Photographs: Bag and flashlight |
| 27. | City of Eugene Photograph: OC Spray canister |
| 28. | City of Eugene Photograph: Rodrigues's property at time of death |
| 29. | City of Eugene Photograph: Rodrigues's car full of cans |
| 30. | City of Eugene Photograph: TASER probe |
| 31. | Use of Deadly Force Review Board Presentation: Selected Pages |
| 32. | EMC 4.907 - Interfering with Police Officer |
| 33. | EMC 4.910 - Resisting Arrest |
| 34. | EMC 5.425 - Crossing street at right angles |
| 35. | City of Eugene Photograph: Rodrigues's ID |
| 36. | Video: Jentzsch's bodycam |
| 37. | Video: Jeremy Sullivan's bodycam |
| 38. | Video: Ring video showing Rodrigues walking on Acacia |
| 39. | Reserved: Video: Dash Cam |
| 40. | Autopsy Report |
| 41. | Earnings Records: Social Security Statement |
| 42. | Earnings Records: U-Haul |
| 43. | Earnings Records: Notably Well-Dressed Home |

| | |
|---|---|
| 44. | Rodrigues Family Photographs |
| 45. | Funeral Expenses |

Dated this 29th day of July 2025.

                                    Respectfully submitted,

                                    /s/ Michelle R. Burrows
                                    Michelle R. Burrows OSB86160
                                    Of Attorneys for Plaintiff