Michelle R Burrows OSB 861606
LAW OFFICE MICHELLE R. BURROWS P.C.
16869 SW 65th Ave # 367
Lake Oswego, OR 97035
503-241-1955
Michelle.r.burrows@gmail.com
www.oregoncivilrights.com

Anthony Rosta OSB 810970
ROSTA & CONNELLY, P.C.
795 W 7th Ave
Eugene, OR 97402
541-513-7900
tony@rosta-connelly.com

     Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Eugene Division

| | |
|---|---|
| OFELIA HERNANDEZ SANTIAGO, Personal Representative of the Estate of Eliborio Rodrigues Jr.,<br><br>        Plaintiff,<br><br>v.<br><br>SAMUEL TYKOL, JOHN DOE SUPERVISORS 1-3, CITY OF EUGENE, a municipal subdivision of the State of Oregon,<br>        Defendants. | No: 6:21-cv-01715-MTK<br><br>PLAINTIFF'S AND DEFENDANTS' JOINT LIST OF EXHIBITS |

  Plaintiff and Defendants submit the following joint list of exhibits according to the Amended Trial Management Order [Doc 90] based upon the numbered exhibits in Doc. 76 and 99.

PAGE 1 – JOINT LIST OF EXHIBITS

## PLAINTIFF'S EXHIBITS [Doc. 99]

| Exhibit No | Description | Stipulated | Objected to |
|---|---|---|---|
| 1. | CAD Report (COE 000001-000004) | | X |
| 2. | Event Report (COE 000005-000017) | | X |
| 3. | Crime Scene Log (COE 000031-000032) | X | |
| 4. | Evidence/Property Receipts (COE 000020-000029) | X | |
| 5. | Video: Tykol's bodycam (COE 002493) | X | |
| 6. | TASER Report (COE 000106-000110) | X | |
| 7. | Electronic patient care report by Eugene Fire (COE 002496-002498) | | X |
| 8. | City of Eugene Use of Force Policy 800 (COE 002098-002104) | | X |
| 9. | City of Eugene Use of Force Reporting Policy 801 (COE 002105-002109) | | X |
| 10. | City of Eugene Oleoresin Capsicum Aerosol Policy 803 (COE 002112-002115) | | X |
| 11. | City of Eugene Taser Use Policy 809 (COE 002120-002125) | | X |
| 12. | City of Eugene Arrest Policy 300 (COE 002087-002088) | | X |
| 13. | City of Eugene Search and Seizure Policy 322 (COE 001870-001880) | | X |
| 14. | City of Eugene Police S.T.O.P.'s Policy 402 (COE 002089-002092) | | X |
| 15. | City of Eugene Police De-escalation Policy 820 (COE 002134-002135) | | X |

PAGE 2 – JOINT LIST OF EXHIBITS

| | | | |
|---|---|---|---|
| 16. | City of Eugene Foot Pursuit Policy 458 (COE 002093-002097) | | X |
| 17. | City of Eugene Handcuffing Policy 808 (COE 002116-002119) | | X |
| 18. | City of Eugene Use of Deadly Force Investigations Policy 810 (COE 002126-002133) | | X |
| 19. | City of Eugene Body-Worn Camera Policy 1203 (COE 002142-002148) | | X |
| 20. | City of Eugene Photograph: Roberts's uniform (COE 000831) | | X |
| 21. | City of Eugene Photographs: Tykol's uniform (COE 000381, 000389, 000396, 000675, 000709) | X as to 21a-d | X as to 21e |
| 22. | City of Eugene Photograph: Tykol's hand (COE 000382) | X | |
| 23. | City of Eugene Photograph: Tykol's face (COE 000437) | X | |
| 24. | City of Eugene Photographs: Tykol's side (COE 000452, 000453) | X | |
| 25. | City of Eugene Photographs: TASER on ground (COE 000465, 000466, 000476) | X as to 25b | X as to 25a, c |
| 26. | City of Eugene Photographs: Bag and flashlight (COE 000614, 000620, 000624) | X | |
| 27. | City of Eugene Photograph: OC Spray canister (COE 000708) | X | |
| 28. | City of Eugene Photograph: Rodrigues's property at time of death (COE 000729) | X | |
| 29. | City of Eugene Photograph: Rodrigues's car full of cans (COE 000880) | X | |
| 30. | City of Eugene Photograph: TASER probe (COE 000734, 000736) | X | |

| | | Stipulated | Objected to |
|---|---|---|---|
| 31. | Use of Deadly Force Review Board Presentation: Selected Pages (COE 001942, 001944, 001945, 001973, 001979, 001967) | | X |
| 32. | EMC 4.907 - Interfering with Police Officer | | X |
| 33. | EMC 4.910 - Resisting Arrest | | X |
| 34. | EMC 5.425 - Crossing street at right angles | | X |
| 35. | City of Eugene Photograph: Rodrigues's ID (COE 001238) | | X |
| 36. | Video: Jentzsch's bodycam (COE 002493) | X | |
| 37. | Video: Jeremy Sullivan's bodycam (COE 002493) | X | |
| 38. | Video: Ring video showing Rodrigues walking on Acacia (COE 002493) | X | |
| 39. | Reserved: Video: Dash Cam | | X |
| 40. | Autopsy Report | | X |
| 41. | Earnings Records: Social Security Statement (Santiago 00043-00048) | | X |
| 42. | Earnings Records: U-Haul (UHAUL SDT Response 000067-000107) | | X |
| 43. | Earnings Records: Notably Well-Dressed Home (Santiago 00050-00051) | | X |
| 44. | Rodrigues Family Photographs | X | |
| 45. | Funeral Expenses | | X |

**DEFENDANTS' EXHIBITS [Doc. 76]**

| Exhibit No | Description | Stipulated | Objected to |
|---|---|---|---|
| 201. | Security Footage from Acacia Avenue (Evans Ex. 1) | X | |
| 202. | Samuel Tykol Body Worn Camera Video | X | |

| No. | Description | | |
|---|---|---|---|
| 203. | Overhead Photograph with Markings (Tykol Depo. Ex. 7) | X | |
| 204. | Radio Traffic (Stetson Ex. 1) | X | |
| 205. | Computer Aided Dispatch Report  (COE 001416-001422) | X | |
| 206. | Justin Russell In-Car Video        (Evans Ex. 2) | X | |
| 207. | Christopher Jentzsch Body Worn Camera Video (Evans Ex. 3) | X | |
| 208. | EPD Photograph  COE 000306 | X | |
| 209. | EPD Photograph  COE 000347 | | X |
| 210. | EPD Photograph  COE 000381 | X | |
| 211. | EPD Photograph  COE 000383 | X | |
| 212. | EPD Photograph  COE 000418 | X | |
| 213. | EPD Photograph  COE 000422 | X | |
| 214. | EPD Photograph  COE 000428 | X | |
| 215. | EPD Photograph  COE 000432 | X | |
| 216. | EPD Photograph  COE 000436 | X | |
| 217. | EPD Photograph  COE 000437 | X | |
| 218. | EPD Photograph  COE 000445 | X | |
| 219. | EPD Photograph  COE 000453 | X | |
| 220. | LCSO Photograph  COE 000460 | X | |
| 221. | LCSO Photograph  COE 000462 | X | |
| 222. | LCSO Photograph  COE 000525 | X | |
| 223. | LCSO Photograph  COE 000541 | X | |
| 224. | LCSO Photograph  COE 000588 | X | |

| | | | |
|---|---|---|---|
| 225. | LCSO Photograph  COE 000613 | X | |
| 226. | LCSO Photograph  COE 000614 | X | |
| 227. | LCSO Photograph  COE 000620 | X | |
| 228. | LCSO Photograph  COE 000622 | X | |
| 229. | LCSO Photograph  COE 000623 | X | |
| 230. | LCSO Photograph  COE 000626 | X | |
| 231. | LCSO Photograph  COE 000628 | X | |
| 232. | LCSO Photograph  COE 000658 | X | |
| 233. | LCSO Photograph  COE 000671 | X | |
| 234. | LCSO Photograph  COE 000673 | X | |
| 235. | LCSO Photograph  COE 000676 | X | |
| 236. | LCSO Photograph  COE 000678 | X | |
| 237. | LCSO Photograph  COE 000679 | X | |
| 238. | LCSO Photograph   COE 000680 | X | |
| 239. | LCSO Photograph   COE 000681 | X | |
| 240. | LCSO Photograph   COE 000682 | X | |
| 241. | LCSO Photograph   COE 000698 | X | |
| 242. | LCSO Photograph   COE 000703 | X | |
| 243. | LCSO Photograph   COE 000736 | X | |
| 244. | OSP Photograph    COE 000855 | | X |
| 245. | OSP Photograph    COE 000858 | | X |
| 246. | OSP Photograph    COE 000859 | X | |
| 247. | IDFIT Statement   COE 000121-000161 | | X |

| 248. | Training Records  COE 002056-002057 | X | |
| --- | --- | --- | --- |
| 249. | Firearm Qualification  COE 002272-002277 | X | |
| 250. | Dr. Davis Reports    Santiago 00001-00003, 00035-00042 | | X |
| 251. | DC Adams Report  COE 002217-002228 | | X |

DATED this 19th day of August, 2025.   DATED this 19th day of August, 2025.

s/Michelle R Burrows                                s/Ben Miller                                
Michelle R. Burrows, OSB #861606         Ben Miller, OSB #074690
Attorney for Plaintiff                                Of Attorneys for Defendants
(503) 241-1955                                          Samuel Tykol and City of Eugene
                                                                  (541) 682-8447