

An ASCLD/LAB - *International* Accredited Testing Laboratory Since 2006

Kate Brown, Governor

**Department of State Police**
**Forensic Laboratory**
13309 SE 84th Ave.
Clackamas, OR  97015
**State Medical Examiner**
971-673-8200
FAX 971-673-8321

January 21, 2020

Lane County Medical Examiner's Office
County Medical Examiner
125 East 8th Street Rm. 400
Eugene, OR  97401

**Attention: DR. DANIEL DAVIS**

RODRIGUES, ELIBORIO   (DOD: 11/30/19)

Lab No. 19M-002488
Agency Case  191130-216           **Analytical Report**

Described below is a summary of the analytical results and/or conclusions of the undersigned analyst concerning the referenced exhibit(s) submitted by your agency and received sealed on December 18, 2019 via Nichole Williams.

**Exhibit 01** - A(n) grey-stoppered cardiac blood specimen which is labeled as RODRIGUES, ELIBORIO .

Toxicological examination confirms the presence of:

- Methamphetamine  2.2 mg/L (± 0.3 mg/L)
- Amphetamine  0.098 mg/L (± 0.011 mg/L)

Toxicological examination indicates the presence of the following; however, these results are not confirmed:

- Cannabinoids

Exhibit 03, a red-stoppered vitreous humor specimen, was submitted without a request for analysis.
Refer to other report(s) regarding this case.

This analysis was requested by Dan Davis, M.D.

Evidence will be returned at the earliest convenience.

_____
Kaylon C. Wells, Forensic Scientist

Pursuant to ORS 40.460 (25), I hereby certify that I retrieved this document directly from the computer system maintained and operated by the Oregon Department of State Police and that this document accurately reflects and is a true copy of the information contained in that computer system.  In testimony whereof, I have affixed my signature.

_____

The reported range represents a confidence interval of 95% for all chemical compounds.

Attachment 1
Page 1 of 2

6:21-cv-01715-MTK
Defendants Exhibit 250
Page 2 of 11
Santiago 00002



An ASCLD/LAB - *International* Accredited Testing Laboratory Since 2006

**Department of State Police**
**Forensic Laboratory**
13309 SE 84th Ave.
Clackamas, OR  97015
**State Medical Examiner**
971-673-8200
FAX 971-673-8321

January 21, 2020

Lane County Medical Examiner's Office
County Medical Examiner
125 East 8th Street Rm. 400
Eugene, OR  97401

**Attention: DR. DANIEL DAVIS**

RODRIGUES, ELIBORIO   (DOD: 11/30/19)

Lab No. 19M-002488

Agency Case  191130-216

**Analytical Report**

Described below is a summary of the analytical results and/or conclusions of the undersigned analyst concerning the referenced exhibit(s) submitted by your agency and received sealed on December 18, 2019 via Nichole Williams.

**Exhibit 02** - A(n) red-stoppered urine specimen which is labeled as RODRIGUES, ELIBORIO .

Toxicological examination confirms the presence of:

- Methamphetamine
- Amphetamine

Toxicological examination indicates the presence of the following; however, these results are not confirmed:

- Cannabinoids

This analysis was requested by Dan Davis, M.D.

Evidence will be returned at the earliest convenience.

Pursuant to ORS 40.460 (25), I hereby certify that I retrieved this document directly from the computer system maintained and operated by the Oregon Department of State Police and that this document accurately reflects and is a true copy of the information contained in that computer system.  In testimony whereof, I have affixed my signature.

_____
Kaylon C. Wells, Forensic Scientist

Attachment 1
Page 2 of 2

6:21-cv-01715-MTK
Defendants Exhibit 250
Page 3 of 11
Santiago 00003