FILED 25 NOV '25 16:22 USDC-ORE

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **OFELIA HERNANDEZ SANTIAGO,** Personal Representative of the Estate of Eliborio Rodrigues Jr., <br><br> Plaintiff, <br><br> v. <br><br> **CITY OF EUGENE,** a municipal subdivision of the State of Oregon, <br><br> Defendant. | Case No: 6:21-cv-01715-MTK <br><br> **VERDICT FORM** |

We, the jury, being first duly empaneled and sworn in the above-entitled cause, do unanimously find as follows:

1. **Did the City of Eugene prove by a preponderance of the evidence that Eliborio Rodrigues was engaged in conduct at the time that would constitute Assault in the Second Degree, a Class B Felony, and that the conduct was a substantial factor contributing to his death?**

    ANSWER: Yes _____    No __X__

    *If your answer to question 1 is "Yes," your verdict is for defendant, City of Eugene, and you must not deliberate further. Your presiding juror should sign and date this verdict. If your answer to Question 1 is "No," you must proceed to Question 2.*

2. **Has plaintiff proven by a preponderance of the evidence that the City of Eugene was negligent in one or more of the ways claimed in causing Eliborio Rodrigues' death?**

ANSWER: Yes __X__    No _____

*If your answer to Question 2 is "Yes," you must proceed to Question 3. If your answer to question 2 is "No," your verdict is for defendant, City of Eugene, and you must not deliberate further. The presiding juror should sign the verdict form and you should notify the court clerk that you have reached your verdict and you should not answer any more questions.*

3. **Has the City of Eugene proven by a preponderance of the evidence that Eliborio Rodrigues was negligent in one or more of the ways claimed which caused his death?**

ANSWER: Yes __X__    No _____

*If your answer to question 3 is "Yes," you must proceed to Question 4. If your answer to question 3 is "No" proceed to question 5.*

4. **What is the percentage of each parties' negligence that caused damage to Eliborio Rodrigues?**

Defendant City of Eugene        __45__ %
Plaintiff Eliborio Rodrigues    __55__ %

**The percentages must total 100%.**

*If the plaintiff's percentage of fault is 50% or less, you should proceed to question No. 5. If the plaintiff's percentage of fault is greater than 50%, then your verdict on this claim is for defendant, City of Eugene. The presiding juror should sign the verdict form and you should notify the court clerk that you have reached your verdict and you should not answer any more questions.*

5. **What are plaintiff's damages for negligence, if any?**

    Economic                      $_____.

    Non-economic            $_____.

*Do not reduce the damages by the plaintiff's percentage of negligence, if any, because the court will do this when entering judgment.*

*Your presiding juror should sign the verdict form and summon the court clerk.*

_____                11/25/25
Presiding Juror                                              Date