UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **OFELIA HERNANDEZ SANTIAGO,** *Personal Representative of the Estate of Eliborio Rodrigues Jr.*,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>**CITY OF EUGENE,** *a municipal subdivision of the State of Oregon*,<br><br>　　　　　　　Defendant. | Case No: 6:21-cv-01715-MTK<br><br><br>**JURY NOTES** |

Are we able to review a transcript of the trial?

Please see jury instructions on page 10 of the instructions. I am sorry, but a transcript of trial testimony cannot be provided.

~~In the first question, is there a specific period of time being~~

In question one, it asks about "engaged in conduct at the time that would constitute assault". What does "at the time" mean?

I refer you to page 21 of the instructions, specifically the instruction titled "Criminal Conduct as a Defense." I am unable to provide any further clarification than that which is provided in the jury instructions.

In question four, if we as the jury can't agree on a percentage of negligence, what would be our next course of action?

███████████████

Members of the jury, you must reach a unanimous verdict with respect to all questions on the verdict form. A verdict cannot be reached unless it is unanimous, therefore I ask that you continue to work diligently and take the time you need to reach a unanimous verdict. Thank you.