UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **OFELIA HERNANDEZ SANTIAGO,** *Personal Representative of the Estate of Eliborio Rodrigues Jr.*, <br><br>　　　　　　Plaintiff, <br><br>　v. <br><br>**SAMUEL TYKOL, JOHN DOE SUPERVISORS 1-3, CITY OF EUGENE,** *a municipal subdivision of the State of Oregon*, <br><br>　　　　　　Defendants. | Case No: 6:21-cv-01715-MTK <br><br><br>**JUDGMENT** |

**KASUBHAI,** United States District Judge:

　　Based on the record, judgment for defendants.

　　IT IS SO ORDERED.


　　DATED this 5th day of December 2025.


　　　　　　　　　　　　　　　　　　　　s/ Mustafa T. Kasubhai
　　　　　　　　　　　　　　　　　　　　MUSTAFA T. KASUBHAI (he/him)
　　　　　　　　　　　　　　　　　　　　United States District Judge