Michelle R Burrows, OSB 861606
LAW OFFICE OF MICHELLE R. BURROWS P.C.
16869 SW 65th Ave # 367
Lake Oswego, OR 97035
503-241-1955
Michelle.r.burrows@gmail.com
www.oregoncivilrights.com

Anthony Rosta, OSB 810970
ROSTA & CONNELLY, P.C.
795 W 7th Ave
Eugene, OR 97402
541-513-7900
tony@rosta-connelly.com

    Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

OFELIA HERNANDEZ SANTIAGO,
Personal Representative of the Estate of
Eliborio Rodrigues Jr.,　　　　　　　　　　No: 6:21-cv-01715-MTK

    Plaintiff,　　　　　　　　　　NOTICE OF APPEAL

    v.

SAMUEL TYKOL, JOHN DOE
SUPERVISORS 1-3, CITY OF EUGENE, a
municipal subdivision of the State of Oregon,

    Defendants.

    Pursuant to 28 U.S.C. § 1291, plaintiff hereby gives notice that she appeals to the United States Court of Appeals for the Ninth Circuit from the Judgment of the Court entered December 5, 2025, granting judgment for defendants.

    Respectfully submitted January 3, 2026,

                                            /s/ Michelle Burrows
                                      Michelle R Burrows, OSB 861606
                                      **REPRESENTATION STATEMENT**

1  – NOTICE OF APPEAL

The parties and counsel in this case are as follows:

**PLAINTIFF:** OFELIA HERNANDEZ SANTIAGO, Personal Representative of the Estate of Eliborio Rodrigues Jr.

**COUNSEL FOR PLAINTIFFS:** Michelle Burrows; contact information above

**DEFENDANTS:** SAMUEL TYKOL, JOHN DOE SUPERVISORS 1-3, CITY OF EUGENE

**COUNSEL FOR DEFENDANT:** Benjamin J. Miller, OSB #074690
Eugene City Attorney's Office
500 E 4th Avenue, Suite 301
Eugene, OR 97401-3177
541-682-8439
Email: BMiller@eugene-or.gov